FILED

2003 OCT 22 P 2: 29

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | OCTOBER 21, 2003 |

**MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)**

The Defendant hereby moves for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to the filing of a joint trial memorandum and trial readiness. The order sets forth that a joint trial memorandum must be filed by October 22, 2003 and that the case will be ready for trial in February, 2004.

Here, the undersigned respectfully requests a one month extension for the filing of a joint trial memorandum. Should the Court grant this motion, the joint trial memorandum will be filed on or before November 24, 2003 and the case shall be ready for trial in March, 2004. For the reasons explained herein, the Defendant represents that good cause exists for an extension of time.

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION FOR ENLARGEMENT OF TIME 10-21-03.DOC

Due to the schedule of defense counsel, additional time is needed to allow the undersigned to prepare and file the joint trial memorandum. At the status conference held on June 21, 2002, the undersigned counsel had already commenced trial in the matter of <u>Arthur J. Rocque, Commissioner of Environmental Protection v. Light Sources, Inc.</u> Trial in that matter concluded on June 25, 2002. Subsequently, jury selection commenced in <u>Pepe & Hazard, LLP v. Jones</u> before Honorable Judge Schuman in Waterbury Superior Court. During that process, the parties agreed to go to binding arbitration. Arbitration commenced on January 21, 2003 and continued through May, 2003. Thereafter, the undersigned commenced trial in <u>Jones v. East Haven, et al.</u>, Docket No. 3:99 CV 00632, which lasted until July, 2003. Finally, throughout most of September, 2003 until October, 2003, the undersigned was on trial in the matter of <u>State v. Brian Sullivan</u>, Docket No. FBT CR 00-496678, presided over by Judge Devlin. Preparation and representation at said trials and arbitration required extensive time.

Lastly, the undersigned is scheduled to begin trial on November 3, 2003 in the matter of <u>State v. Edman</u>, Docket No. CR 01 0199587 S, in New Britain. Following the <u>Edman</u> trial, the undersigned must begin trial in the matter of <u>State v. Hine</u>, Docket No.

AANCR02120623-T and AANMV02291863-T, in Milford. It is anticipated that said trials will not be completed until December 2003.

The undersigned represents that this is the third such request submitted by his office in this matter requesting an enlargement of time regarding the scheduling order. In addition, with respect to the present request, the undersigned states that counsel for the Plaintiff has stated that there is no objection to the granting of this motion.

RESPECTFULLY SUBMITTED,
THE DEFENDANT

BY: _____
HUGH F. KEEFE, ESQ.
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275
Federal Bar No. ct05106

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION FOR ENLARGEMENT OF TIME 10-21-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on October 21, 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION FOR ENLARGEMENT OF TIME 10-21-03.DOC