FILED 2003 NOV -5 P 1:26 DISTRICT COURT HARTFORD CT

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 11/1/03

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | OCTOBER 21, 2003 |

### MOTION FOR ENLARGEMENT OF TIME (UNOPPOSED)

The Defendant hereby moves for an enlargement of time as to the current scheduling order. Pursuant to the current order, various deadlines were set with respect to the filing of a joint trial memorandum and trial readiness. The order sets forth that a joint trial memorandum must be filed by October 22, 2003 and that the case will be ready for trial in February, 2004.

Here, the undersigned respectfully requests a one month extension for the filing of a joint trial memorandum. Should the Court grant this motion, the joint trial memorandum will be filed on or before November 24, 2003 and the case shall be ready for trial in March, 2004. For the reasons explained herein, the Defendant represents that good cause exists for an extension of time.

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION FOR ENLARGEMENT OF TIME 10-21-03.DOC