FILED

2003 DEC 30 P 1

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | DECEMBER 22, 2003 |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S SUBMISSION OF TRIAL MEMORANDUM

The Defendant, East Haven Board of Education, hereby responds to Plaintiff's Submission of Trial Memorandum (hereinafter "Plaintiff's Submission") dated December 18, 2003 and submits a copy of the parties' Joint Trial Memorandum dated November 24, 2003.

In the Plaintiff's Submission, plaintiff's counsel represents that he submitted the plaintiff's portion of the Joint Trial Memorandum to defense counsel and that such was ignored. This representation is not accurate. As the attached exhibits demonstrate, defense counsel not only provided plaintiff's counsel with its portion of the trial memorandum, defense counsel also brought the trial memorandum into compliance

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\RESPONSE TO PLAINTIFF'S SUBMISSION 12-22-03.DOC

with the court's order, as plaintiff's memorandum lacked essential sections of the required submission.

As the exhibits demonstrate, attorneys Hugh Keefe and Nancy Fitzpatrick received the plaintiff's portion on Nov. 23, 2003 via e-mail. Therein, Attorney Williams offered to deliver the final pleading to the court. *See E-mail message from John R. Williams to Nancy Fitzpatrick and Hugh Keefe dated Nov. 23, 2003 attached hereto as "Exhibit A."* On Nov. 24, 2003, Attorney Nancy Fitzpatrick communicated via telephone, facsimile and e-mail with Attorney Williams to finalize the Joint Trial Memorandum. *See two E-mail messages from Nancy Fitzpatrick to John R. Williams dated Nov. 24, 2003 and fax from Nancy A. Fitzpatrick to John Williams and Katrena Engstrom dated Nov. 24, 2003 attached hereto as "Exhibit B."* Subsequent to these communications, defense counsel had the finalized Joint Trial Memorandum hand-delivered to Attorney Williams for his signature and filing with the Court. Thereafter, Attorney Williams provided defense counsel with a copy of the fully signed Joint Trial Memorandum. *See Joint Trial Memorandum dated Nov. 24, 2003 signed by Attorneys Hugh F. Keefe and John R. Williams attached hereto as "Exhibit C."* It was defense counsel's understanding, pursuant to Attorney Williams'

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\RESPONSE TO PLAINTIFF'S SUBMISSION 12-22-03.DOC

representations, that this pleading was filed by his office on Nov. 24, 2003.

The Defendant submits that plaintiff has not explained to this Court, in accordance with the Court's order of December 17, 2003, why she has failed to meet the Court's deadlines. Accordingly, the Defendant respectfully submits that this action should be dismissed.[1]

THE DEFENDANT
EAST HAVEN BOARD OF EDUCATION

By: _____
Hugh F. Keefe, Esq.
52 Trumbull Street
New Haven, CT 06596
(203) 787-0275
Fax: (203) 782-0278
Federal Bar No. ct05106

---

[1] The Defendant has attached hereto a copy of the Joint Trial Memorandum. Defense counsel assumes that Attorney Williams still has the original pleading that was hand-delivered on Nov. 24, 2003.

3

W:\EAST HAVEN\DOE\RESPONSE TO PLAINTIFF'S SUBMISSION 12-22-03.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on December 29, 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

# EXHIBIT A

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

DOCUMENT8

## Nancy Fitzpatrick

**From:** jrw [jrw@johnrwilliams.com]
**Sent:** Sunday, November 23, 2003 4:36 PM
**To:** Nancy Fitzpatrick
**Cc:** Hugh F. Keefe
**Subject:** Jane Doe vs. East Haven Board of Education

Here is my portion of the Joint Trial Memorandum due Monday. If you want to insert your part, sign and bring it over, we will deliver it to the court. Call me if there are any problems.

11/24/2003

# EXHIBIT B

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

DOCUMENT8

**Nancy Fitzpatrick**

**From:** Nancy Fitzpatrick
**Sent:** Monday, November 24, 2003 8:09 AM
**To:** 'jrw'
**Subject:** RE: Jane Doe vs. East Haven Board of Education

I will insert the Defendant's portion to the joint trial memorandum and have it to you by this afternoon for filing. Thanks!

>-----Original Message-----
>**From:** jrw [mailto:jrw@johnrwilliams.com]
>**Sent:** Sunday, November 23, 2003 4:36 PM
>**To:** Nancy Fitzpatrick
>**Cc:** Hugh F. Keefe
>**Subject:** Jane Doe vs. East Haven Board of Education
>
>Here is my portion of the Joint Trial Memorandum due Monday. If you want to insert your part, sign and bring it over, we will deliver it to the court. Call me if there are any problems.

11/24/2003

**Nancy Fitzpatrick**

| | |
|---|---|
| **From:** | Nancy Fitzpatrick |
| **Sent:** | Monday, November 24, 2003 11:47 AM |
| **To:** | 'jrw' |
| **Cc:** | Hugh F. Keefe; 'ke@johnrwilliams.com' |
| **Subject:** | Doe Joint Trial Memorandum |
| **Importance:** | High |



Joint Trial
ɔ (final) 11

      John: Attached is the joint trial memorandum after some changes (very minor) and our additions. Please review and give me a call to discuss whether you need to make further changes. When reviewing, please give special attention to:

1. Stipulations of law (your version did not have this – your version had a section titled "Stipulations of Fact and Law" but the list only regarded facts); 2. Stipulations of fact (very minor changes and some additions); 3. Judge Droney requires a proposed verdict form – I did not see that on your version so I simply added our version; 4. Legal Questions edited; 5. Altered time estimate for trial; 6. Judge Droney requires a statement in lieu of an opening statement – I did not see that in your version so I simply added our version.

Thanks!

Nancy A. Fitzpatrick, Esq.
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street, P.O. Box 1612
New Haven, CT 06506
(203) 787-0275
(203) 782-0278 [Fax]
http://www.ltke.com

1

# LYNCH, TRAUB, KEEFE AND ERRANTE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

E-MAIL: LAWYERS@LTKE.COM          (203) 787-0275
INTERNET: HTTP://WWW.LTKE.COM     FACSIMILE (203) 782-0278          FEDERAL TAX I.D. #06-0868933

## FAX COVER SHEET

To: John Williams & Katrena Engstrom

From: Nancy A. Fitzpatrick

Re: Doe v. East Haven Board of Education

Date: November 24, 2003

Number of Sheets (including this cover sheet): 48

Message/Comments: Dear Attorney Williams and Attorney Engstrom:

Attached is the joint trial memorandum for the above-referenced matter. I have incorporated both your version and the Defendant's version. As stated in my e-mail, there are a few minor changes and additions. Please review and pay special attention to the following:

1. Stipulations of law (your version did not have this -- your version had a section titled "Stipulations of Fact and Law" but the list only regarded facts);

2. Stipulations of fact (very minor changes and some additions);

3. Judge Droney requires a proposed verdict form -- I did not see that on your version so I simply added our version;

4. Legal Questions edited;

5. Altered time estimate for trial;

6. Judge Droney requires a statement in lieu of an opening statement -- I did not see that in your version so I simply added our version.

Once you've reviewed this, please give me a call to discuss what changes/additions you would

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message in not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and the return the original message to us at the above address via the United States Postal Service. Thank You.

# Lynch, Traub, Keefe and Errante
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

| E-MAIL: | LAWYERS@LTKE.COM | (203) 787-0275 | |
|---|---|---|---|
| INTERNET: | HTTP://WWW.LTKE.COM | FACSIMILE (203) 782-0278 | FEDERAL TAX I.D. #06-0868933 |

like made. Thereafter, I will have it printed, signed and forwarded over to your office so that you can sign it and file it with the Court. Thank you for your anticipated cooperation.

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message in not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and the return the original message to us at the above address via the United States Postal Service. Thank You.

```
************ -COMM. JOURNAL- ******************* DATE NOV-24-2003 ***** TIME 12:12 ********

         MODE = MEMORY TRANSMISSION          START=NOV-24 12:01    END=NOV-24 12:12

         FILE NO.=403

   STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                 PAGES      DURATION
   NO.           ABBR NO.

   001   OK      *            239#11111#111#7769494#               048/048    00:10:17


                                                         -LYNCH TRAUB KEEFE ERRANTE-

***************************** -LYNCH TRAUB    - ***** -     203 785 0278- *********
```

# LYNCH, TRAUB, KEEFE AND ERRANTE

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

E-MAIL: LAWYERS@LTKE.COM     (203) 787-0275
INTERNET: HTTP://WWW.LTKE.COM    FACSIMILE (203) 782-0278     FEDERAL TAX I.D. #06-0868933

## FAX COVER SHEET

To: John Williams & Katrena Engstrom

From: Nancy A. Fitzpatrick

Re: Doe v. East Haven Board of Education

Date: November 24, 2003

Number of Sheets (including this cover sheet): 48

Message/Comments: Dear Attorney Williams and Attorney Engstrom:

Attached is the joint trial memorandum for the above-referenced matter. I have incorporated both your version and the Defendant's version. As stated in my e-mail, there are a few minor changes and additions. Please review and pay special attention to the following:

1. Stipulations of law (your version did not have this – your version had a section titled "Stipulations of Fact and Law" but the list only regarded facts);
2. Stipulations of fact (very minor changes and some additions);
3. Judge Droney requires a proposed verdict form -- I did not see that on your version so I simply added our version;
4. Legal Questions edited;
5. Altered time estimate for trial;
6. Judge Droney requires a statement in lieu of an opening statement -- I did not see that in your version so I simply added our version.

Once you've reviewed this, please give me a call to discuss what changes/additions you would

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message in not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and the return the original message to us at the above address via the United States Postal Service. Thank You.

# EXHIBIT C

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

DOCUMENT8

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | NOVEMBER 24, 2003 |

## JOINT TRIAL MEMORANDUM

The Defendant, East Haven Board of Education, hereby submits the following trial memorandum in connection with the above-referenced matter.

I.   **Trial counsel**

For the Plaintiff:    John R. Williams
　　　　　　　　　　Federal Bar. No. ct00215
　　　　　　　　　　Norman A. Pattis
　　　　　　　　　　Timothy J. Mahoney
　　　　　　　　　　Christy H. Doyle
　　　　　　　　　　Elizabeth Brooks
　　　　　　　　　　Williams & Pattis, LLC
　　　　　　　　　　51 Elm Street
　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　Phone: (203) 562-9931
　　　　　　　　　　Fax: (203) 776-9494
　　　　　　　　　　E-mail: jrw@johnrwilliams.com

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\JOINT TRIAL MEMO (FINAL) 11-03.DOC

For the Defendant:          Hugh F. Keefe
                                  52 Trumbull Street
                                  P.O. Box 1612
                                  New Haven, CT 06506-1612
                                  Phone: (203) 787-0275
                                  Fax: (203) 782-0278
                                  Federal Bar. No. ct05106
                                  E-Mail: hkeefe@ltke.com

## II.  Jurisdiction

The Plaintiff claims jurisdiction of this Court pursuant to Title 28 U.S.C. §§1331 (federal question jurisdiction), 1343(3) (deprivation of civil rights) and 1367(a) (supplemental jurisdiction).

## III.  Jury/Non-Jury

This case is claimed to a jury.

## IV.  Nature of Case

This is an action on behalf of a minor female public school student which alleges that the Defendant, on the basis of the student's sex, denied her the benefits of, and/or subjected her to discrimination under, an education program or activity receiving Federal financial assistance, in violation of Title IX of the Educational Amendments of 1972, Sections 1681 through 1688 of Title 20 of the United States Code. The Plaintiff

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\East Haven\Doe\Joint Trial Memo (final) 11-03.doc

alleges that A.N. was raped by two older students and, after they were arrested and while they were being prosecuted for those crimes, the Defendant failed to protect A.N. from them and from their friends. The Defendant denies each of the Plaintiff's claims.

V.   **Proposed Stipulations of Fact**

1. The Plaintiff, "Jane Doe," is the mother and next friend of "A.N."

2. "A.N." was born in the summer of 1987. She resides with her mother in the Town of East Haven, Connecticut, and at the time of the events in question was a freshman at East Haven High School.

3. At all times relevant to this action, the Defendant East Haven Board of Education operates the public school system for the Town of East Haven.

4. At all times relevant to this action, East Haven High School is a part of the Defendant East Haven Board of Education's school system.

5. At all times relevant to this action, the Defendant East Haven Board of Education receives federal funds for the operation of its public school systems.

6. At all times relevant to this action, the Plaintiff "A.N." was a student at East Haven High School.

7.  At the time of the events at issue in this case, Jonathan Toro and Robert Demars were seniors at East Haven High School.

8.  At the time of the events at issue in this case, Jonathan Toro and Robert Demars had been arrested on charges of sexually assaulting "A.N." and were undergoing prosecution on those charges in the Superior Court.

9.  On May 8, 2002 and May 9, 2002, Demars and Toro, respectively, were ordered by the Superior Court to not initiate contact with "A.N."

10. On March 4, 2003, Jonathan Toro, pled guilty to Sexual Assault in the Third Degree and Risk of Injury to a Minor stemming from an incident with A.N.

11. On March 7, 2003, Robert Demars, pled no contest to Sexual Assault in the Third Degree and Risk of Injury to a Minor stemming from an incident with A.N.

## VI. Proposed Stipulations of Law

1.  Federal law provides that Title IX has an implied private right of action in which monetary damages and equitable relief are available.

2.  A recipient of federal funding is liable under Title IX where the recipient is deliberately indifferent to acts of student-on-student sexual harassment, of which the

4
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\JOINT TRIAL MEMO (FINAL) 11-03.DOC

recipient has actual knowledge, that is so severe, pervasive and objectively offensive that it can be said to deprive the victim(s) of access to the educational opportunities or benefits provided by the school, and the harasser(s) is under the school's disciplinary authority.

3.    A federal funding recipient is deemed "deliberately indifferent" to acts of student-on-student sexual harassment where the recipient's response to the harassment or lack thereof is clearly unreasonable in light of the known circumstances.

4.    A federal funding recipient is deemed to have actual knowledge of the sexual harassment when notice of the harassment is given to or witnessed by an official who exercises substantial control over the alleged harasser(s), exercises substantial control over the environment in which the harassment occurs and has authority to institute corrective measures on behalf of the federal funding recipient.

5.    For Title IX liability to lie against a federal funding recipient, the harassment must be based on the victim's sex.

6.    Connecticut law provides that a plaintiff must prove all of the following elements to maintain an intentional infliction of emotional distress claim: (1) that the

defendant intended to inflict emotional distress or knew or should have know that emotional distress was a likely result of its conduct; (2) that the defendant's conduct was extreme and outrageous; (3) that the defendant's conduct was the cause of the plaintiff's distress; and, (4) that the plaintiff's emotional distress was severe.

7. Conduct is considered "extreme and outrageous" when it exceeds all bounds usually tolerated by decent society, of a nature which is especially calculated to cause, and does cause, mental distress of a very serious kind.

## VII. Plaintiff's Contentions

1. On or about January 1, 2002, "A.N." was raped by Jonathan Toro and Robert Demars.

2. In March of 2003, Toro and Demars pled guilty to raping "A.N." and subsequently were sentenced for their crimes.

3. The fact that Toro and Demars had been charged with raping "A.N." was widely publicized and was actually known to the defendant at the time of the events at issue in this case.

4. At the time of the events at issue in this case, the defendant knew that the

Superior Court had ordered Toro and Demars to have no contact with "A.N."

5. Despite the facts described above, the defendant took no disciplinary action whatsoever against Toro and Demars.

6. Despite the facts described above, the defendant elected to permit Toro and Demars to continue openly attending classes and participating in extracurricular activities at East Haven High School.

7. Despite the facts described above, the defendant made no effort whatsoever to protect "A.N." from contact with Toro and Demars and their friends.

8. As a result, "A.N." was subjected to repeated contact with and threats and harassment by Toro, Demars and their friends, including physical contact and being publicly berated and called "slut" and "liar" inside the East Haven High School building.

9. Despite actual knowledge of all the above facts, the defendants continued to do nothing to protect "A.N." from such repeated sexual harassment and intimidation by her rapists and their friends.

10. Defendant permitted one or more teachers at East Haven High School to

7
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\JOINT TRIAL MEMO (FINAL) 11-03.DOC