UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." : : : | |
| VS.  : | NO. 3:02CV780(CFD) |
| : EAST HAVEN BOARD OF EDUCATION  : | JANUARY 3, 2004 |

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S SUBMISSION OF TRIAL MEMORANDUM**

     Defense counsel are correct that the documents in question were exchanged back and forth via e-mail as noted in the Defendant's Response to Plaintiff's Submission of Trial Memorandum dated December 22, 2003.  The undersigned had forgotten about that exchange because (a) he does not save his e-mails and (b) the final draft of a Joint Trial Memorandum prepared by Attorney Fitzpatrick is not in the undersigned's file and he has no recollection of ever having received it.  Moreover, the records of this court do not reflect that the Joint Trial Memorandum ever was filed.  The undersigned has no recollection of ever receiving or agreeing to file a final version of a Joint Trial Memorandum in this case.

     Something obviously "slipped through the cracks" in one or both of the law firms involved in this matter, or in the hands of a messenger from one or another of the firms.

     The undersigned, however, should have telephoned Attorney Fitzpatrick before responding unilaterally to this court's Order, and he apologizes to her and to the court for that failure.

        THE PLAINTIFF

BY:_____
    JOHN R. WILLIAMS (ct00215)
    Williams and Pattis, LLC
    51 Elm Street
    New Haven, CT 06510
    TELEPHONE: 203.562.9931
    FAX: 203.776.9494
    E-MAIL: jrw@johnrwilliams.com
    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Hugh F. Keefe and Nancy Fitzpatrick, 52 Trumbull Street, New Haven, CT 06596.

_____
JOHN R. WILLIAMS