TOTAL TIME: ___ hours _5_ minutes

DEPUTY CLERK _Deuo_  HONORABLE _Droney_   RPTR/ERO/TAPE _Marshall_   (CT evjysel (12-1-98)

DATE _4-8-04_   START TIME _10:00_   END TIME _10:05_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Doe_

vs.

_East Haven_

CIVIL NO. _02CV780CFD_

§
§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

_Pattis_
Plaintiffs Counsel

_____
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ........
☐ ........

☒ (call./h) Call of the Calendar held   ☐ (call./set) Call of the Calendar over to _____
☐ (jyselect./h) Jury Selection held   ☐ Jury Selection continued until _____

☐ ..... #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ..... #___ Motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ ........ _____ jurors present to roll call (See attached)
☐ ........ _____ jurors absent
☐ ........ Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ........ Voir Dire by Court
☐ ........ _____ jurors excused (See attached)
☐ ........ Panel of _____ drawn (See attached)
☐ ........ Peremptory challenges exercised (See attached)
☐ ........ Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ........ Remaining jurors excused
☐ ........ Discovery deadline set for _____
☐ ........ Disposition Motions due _____
☐ ........ Joint trial memorandum due _____
☐ ........ Trial continued until _____ at _____

☐ COPY TO: JURY CLERK