UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | SEPTEMBER 24, 2004 |

**DEFENDANT'S MOTION IN LIMINE**

The Defendant, East Haven Board of Education, respectfully moves to preclude the introduction of any testimony or evidence pertaining to the details of the sexual assault of A.N. by Jonathan Toro and Robert Demars in January 2002 except as to its approximate date, location, and ultimate disposition of the criminal matters on the grounds that such details are irrelevant and prejudicial.  In addition, the Defendant respectfully moves to preclude the introduction of any testimony from Jane Doe and A.N. concerning the following:  (1) physical threat by East Haven student against A.N. allegedly made within an East Haven teacher's hearing; (2) substitute teacher's reading of newspaper article pertaining to A.N.'s report of sexual assault; (3) instant message

1

received from a screen-name A.N. found to be threatening; (4) A.N.'s decision to switch school buses; and (5) incident wherein former East Haven student allegedly injured a mentally challenged student.  Such evidence constitutes hearsay and is irrelevant.

      In addition, the Defendant moves to preclude the introduction of the following proposed exhibits listed by the Plaintiff:  (1) Superior Court files of Jonathan Toro and Robert Demars; (2) Plea transcripts of Jonathan Toro and Robert Demars; and (3) Motion to Modify Conditions of Bail on the grounds that such is irrelevant, prejudicial and constitutes hearsay.  A memorandum of law in support of this motion is being filed herewith.

                                      THE DEFENDANT
                                      EAST HAVEN BOARD OF EDUCATION

                         BY:   _____
                                      HUGH F. KEEFE, ESQ.
                                      NANCY A. FITZPATRICK, ESQ.
                                      52 Trumbull Street,
                                      P.O. Box 1612
                                      New Haven, CT 06596
                                      (203) 787-0275
                                      Federal Bar No. CT05106

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION IN LIMINE 9-04.DOC

## CERTIFICATION

I hereby certify that a copy of the above was hand-delivered on September 24, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Federal Bar No. ct00215
Norman Pattis, Esq.
51 Elm Street
New Haven, CT 06510

                                                                     Hugh F. Keefe, Esq.