UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP 27 P 5: 27

JANE DOE,
suing by and on behalf of
her minor daughter, "A.N.",
    Plaintiff,

v.

EAST HAVEN BOARD OF EDUCATION,
    Defendant.

Civil Action No. 3:02 CV 780 (CFD)

## PRETRIAL ORDER

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on September 27, 2004. As a result of the pretrial conference, the Court issues this Pretrial Order.

    Plaintiff's Counsel:    Norman Pattis

    Defendant's Counsel:    Hugh Keefe
                                 Nancy Fitzpatrick

1.    Jury Selection and Commencement of Evidence

    Jury selection will be held on **October 20, 2004** at **10:00 a.m.** The parties will be selecting **9** jurors. The plaintiff has **3** peremptory challenges. The defendant has **3** peremptory challenges. Evidence will begin on **November 1, 2004** at **10:00 a.m.**

2.    Causes of Action

    The plaintiff must indicate whether she is dropping her state law claim by **October 4, 2004** at **5:00 p.m.**

3.    Opening Statements/Statement of the Case

    The parties agreed they were not requesting opening statements.

    The parties agreed with the Court's proposed description of the case to be read to the jury at jury selection. If the parties wish that a different statement of the case be read to the jury on the first day of trial, they must file a joint statement of the case by **October 20,**

1

**2004** at **9:30 a.m.**

4. Evidentiary Issues

   Any evidentiary issues that can be anticipated prior to trial will be identified, and motions in limine must be filed by **October 1, 2004** at **5:00 p.m.** Opposition papers are due by **October 8, 2004** at **2:00 p.m.,** (provided that argument takes place on October 13, 2004). Argument on the motions in limine shall be held on **October 13, 2004** at **2:00 p.m.** or, alternatively, on **October 4, 2004** at **2:00 p.m.**

5. Use of Pseudonyms

   The parties agreed that the real names of plaintiffs Jane Doe and her daughter A.N. will be used during jury selection and at trial. The Court reserves the right to redact pseudonyms from any documents introduced at trial. All official court papers will continue to be captioned using the aforementioned pseudonyms.

6. Stipulations

   Final stipulations of law and fact must be filed no later than **October 20, 2004** at **9:30 a.m.**

7. Preliminary Jury Instructions

   Objections to preliminary jury instructions must be filed no later than **October 20, 2004** at **9:30 a.m.**

8. Sequestration

   A sequestration order will be in effect during the trial.

9. Expert Witnesses

   The parties have agreed that no expert witnesses will be called.

10. Marking of Exhibits

    Exhibits will be premarked on **October 20, 2004** at **9:30 a.m.**, with two copies for the Court.

11. Jury Instructions

    Final proposed jury instructions and verdict form must be filed no later than **October 20,**

**2004** at **9:30 a.m.**

12.    Objections

Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

Dated at Hartford, Connecticut, this ___27th___ day of September 2004.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

## Jane Doe v. East Haven Board of Education, 02cv780
### Schedule

**October 1, 2004** –   (1)   Parties must submit by **5:00 p.m.**
    (a)   Motions in Limine

**October 4, 2004** –   (1)   Plaintiff must notify Court and opposing counsel by **5:00 p.m.**
    (a)   Status of State Law Claim
    (b)   Status of Settlement Negotiations

    (2)   Argument on motions in limine at **2:00 p.m.** (alternative date, only if October 13 schedule is infeasible)

**October 8, 2004** –   (1)   Parties must submit by **2:00 p.m.**
    (a)   Responses to Motions in Limine

**October 13, 2004** –   (1)   Argument on motions in limine at **2:00 p.m.**

**October 20, 2004** –   (1)   Parties must submit by **9:30 a.m.**
    (a)   Statement of the Case at Preliminary Jury Instructions (if desired)
    (b)   Final stipulations
    (c)   Objections to preliminary jury instructions
    (d)   Final witness list
    (e)   Exhibits to be introduced at trial (one original set, two sets of copies)
    (f)   Revised/supplemental jury instructions
    (g)   Revised/supplemental joint proposed verdict form

    (2)   Jury Selection at **10:00 a.m.**

**November 1, 2004** –   (1)   Start of evidence at **10:00 a.m.**