TOTAL TIME: _1_ hours _0_ minutes    DEPUTY CLERK _Deio_    HONORABLE _Droney_    RPTR/ERO/TAPE _Marshall_

evnhrg (October 17, 2001)

DATE _10-13-04_   START TIME _2:20_   END TIME _3:20_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Doe_

vs.

_East Haven Bd_

CIVIL NO. _02CV 780 CFD_

§
§
§
§
§

_Pattis_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Keefe_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #35  Motion _in Limine_ ☐ granted ☐ denied ☒ advisement

Brief(s) due _____   Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____