UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | OCTOBER 27, 2004 |

## DEFENDANT'S PROPOSED REVISED EXHIBIT LIST

The defendant, East Haven Board of Education, hereby submits its revised trial exhibit list. The only exhibits the defendant presently plans on offering into evidence are:

1. March 26th Note from Alicia Melillo regarding AN;

2. March 27th Note from Alicia Melillo regarding AN; and,

3. April 12, 2002 Note from Alicia Melillo regarding AN.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\REVISED EXHIBIT LIST 10-25-04.DOC

        THE DEFENDANT
        EAST HAVEN BOARD OF EDUCATION


BY: _____
       HUGH F. KEEFE, ESQ.
       Lynch, Traub, Keefe & Errante, PC
       52 Trumbull Street,
       P.O. Box 1612
       New Haven, CT 06596
       (203) 787-0275
       Federal Bar No. CT05106


### CERTIFICATION

I hereby certify that a copy of the above was mailed on October 27, 2004 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215


_____
       Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\REVISED EXHIBIT LIST 10-25-04.DOC