UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf | : | |
| of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | November 11, 2004 |

**DEFENDANT'S REPLY TO PLAINTIFF'S**
**OBJECTION REGARDING AMENDED EXHIBIT LIST**

The defendant, East Haven Board of Education, hereby replies to the plaintiff's Objection to Defendant's Untimely Attempt to Amend its Exhibit List dated November 3, 2004.  First and foremost, defense counsel is unaware of a good cause requirement needing to be satisfied before a party can amend its exhibit list.  The plaintiff has failed to cite to a case, statute or court rule requiring such.  More importantly, parties are permitted to amend their exhibit list up to and including the day of trial.  There is no rule requiring a party to introduce an exhibit simply because it was listed in a trial memorandum.

Equally important, the submission    of the amended exhibit list by the

1

defendant simply put both the Court and the plaintiff on notice of what to expect at trial.  Such notice is in the best interest of judicial economy and can only aid the plaintiff in preparing for trial.  Amending one's exhibit list is no indication that serious thought was not given to which documents to list.  Certainly, if the plaintiff put serious thought into which exhibits it intended to introduce and decided that she would rely on some of the exhibits listed by the defense, then the plaintiff could and should have listed them on her own list.  Accordingly, the defendant respectfully requests that this Court overrule the plaintiff's objection to the filing of an amended exhibit list.

        THE DEFENDANT
        EAST HAVEN BOARD OF EDUCATION

BY: _____
        HUGH F. KEEFE, ESQ.
        52 Trumbull Street,
        P.O. Box 1612
        New Haven, CT 06596
        Phone:  (203) 787-0275
        Fax:  (203) 782-0278
        Federal Bar No. ct05106

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on November 11, 2004 to all counsel and pro se parties of record as follows:

Norman Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

_____
Hugh F. Keefe, Esq.

W:\EAST HAVEN\DOE\REPLY TO OBJECTION TO AMENDED EXHIBIT LIST 11-11-04.DOC