FILED

2004 DEC 23  A 11: 33

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANE DOE, suing by and on behalf    :
of her minor daughter, "A.N."       :        NO. 3:02 CV 00780 (CFD)

V.                                  :

EAST HAVEN BOARD OF EDUCATION       :        DECEMBER 21, 2004

### DEFENDANT'S MOTION TO COMPEL

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the defendant, East

Haven Board of Education, hereby moves this Court to enter an order compelling the

Plaintiff to execute the medical authorizations attached hereto.  The basis for this

motion is more fully set forth in the memorandum of law filed simultaneously

herewith.

THE DEFENDANT
EAST HAVEN BOARD OF EDUCATION

BY: _____

HUGH F. KEEFE, ESQ.
52 Trumbull Street, P.O. Box 1612
New Haven, CT 06596
Phone:  (203) 787-0275
Fax:  (203) 782-0278
Federal Bar No. CT05106

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\MOTION TO COMPEL 12-1-04.DOC

## CERTIFICATION

I hereby certify that a copy of the above was mailed on December 21, 2004 to all

counsel and pro se parties of record as follows:

John R. Williams
Norman Pattis
Williams & Pattis
51 Elm Street
New Haven, CT 06510


Hugh F. Keefe

2

*HIPAA-Complaint PHI Release Form*

## Authorization for Disclosure of Protected Health Information

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1.   I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

   Name(s) _____

   Organization(s)   _____Yale New Haven Hospital/Release of Information_____

   Address _____20 York Street, New Haven, CT  06510_____

2.   I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

   Name(s)   _____Hugh F. Keefe_____

   Organization(s)   ____Lynch, Traub, Keefe & Errante, PC_____

   Address        52 Trumbull Street
                  P.O. Box 1612
                  New Haven, CT  06506-1612

3.   Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

   ☒ The entire medical record from <u>September, 2001</u> to <u>present</u> (which may include all records, reports and medical materials, including pathology slides, in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials, medical reports, tissue blocks, and tissue slides.)

   ☐ Billing records from _____ to _____.

   ☐ The following limited health information:

   _____
   _____
   _____

4.      Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

Pending Civil Litigation

5.      I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.      This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education</u>, Docket No. 3:02 CV 00780 (CFD) or in the event that I **revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____          _____
Signed: Lisa LaPenna                                          Date

Name:      Allasondra Notaro
_____

Address: _____

Telephone: _____          Social Security <u>No</u>.:      047-80-779
                                                                    D.O.B.:     ____6/27/87____
          Mother
_____

Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual.  <u>45 C.F.R. 164.508.</u>
[2] These laws apply to health plans, health care providers, and health care clearinghouses.

*HIPAA-Complaint PHI Release Form*

## Authorization for Disclosure of Protected Health Information

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1.    I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

Name(s) _____ Mary Newell, Assistant Clinical Professor of Psychology _____

Organization(s) Center for Dialectical, Cognitive & Behavioral Therapies, LLC

Address _____ 291 Whitney Avenue, New Haven, CT _____

2.    I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

Name(s) _____ Hugh F. Keefe _____

Organization(s) _____ Lynch, Traub, Keefe & Errante, PC _____

Address _____ 52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612 _____

3.    Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

☒ The entire counseling treatment record from <u>September, 2001</u> to <u>present</u> (which may include all records, reports and medical materials in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials & medical reports.)

☐ Billing records from _____ to _____.

☐ The following limited health information:

_____

_____

_____

4.     Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

Pending Civil Litigation

5.     I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.     This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education,</u> Docket No. 3:02 CV 00780 (CFD) or in the event that I **revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

Signed: Lisa LaPenna                         Date

Name:      Allasondra Notaro

Address:

Telephone:                          Social Security No.:    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

                                                D.O.B.:    6/27/87

Mother

Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. <u>45 C.F.R. 164.508.</u>

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

*HIPAA-Complaint PHI Release Form*

### Authorization for Disclosure of Protected Health Information

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1.    I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

       Name(s) _____East Haven Board of Education_____

       Organization(s) _____

       Address _____35 Wheel Barrow Lane, East Haven, CT  06513_____

2.    I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

       Name(s) _____Hugh F. Keefe_____

       Organization(s) _____Lynch, Traub, Keefe & Errante, PC_____

       Address          52 Trumbull Street
                      P.O. Box 1612
                      New Haven, CT  06506-1612

3.    Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

       ☒ The entire medical record from <u>September</u> to <u>present</u> (which may include all records, reports and medical materials, including pathology slides, in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials, medical reports, tissue blocks, and tissue slides.)

       ☐ Billing records from _____ to _____.

       ☐ The following limited health information:

       _____
       _____
       _____

4.     Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

Pending Civil Litigation

5.     I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6.     This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education</u>, Docket No. 3:02 CV 00780 (CFD) or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization.  I confirm that the contents are consistent with my direction.

_____     _____
Signed  Lisa LaPenna                               Date

Name:        Allasondra Notaro     _____

Address:     _____

Telephone: _____     Social Security No.:   047-80-779
                                                    D.O.B.:      6/27/87

Mother     _____

Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. <u>45 C.F.R. 164.508.</u>
[2] These laws apply to health plans, health care providers, and health care clearinghouses.

# LYNCH, TRAUB, KEEFE AND ERRANTE

## A PROFESSIONAL CORPORATION

### ATTORNEYS AND COUNSELLORS AT LAW

**\*\*HUGH F. KEEFE**
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
† TIMOTHY P. POTHIN
  ERIC P. SMITH
  NICOLE M. FOURNIER
  LOUIS M. RUBANO
  SONIA M. JONES
  MARISA A. BELLAIR

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP:\\WWW.LTKE.COM

\*BOARD CERTIFIED CIVIL TRIAL LAWYER
°°BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\*BOARD CERTIFIED CIVIL AND
CRIMINAL TRIAL LAWYER
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN DISTRICT OF COLUMBIA

TO:    **Board of Education**
**Town of East Haven**
**35 Wheel Barrow Lane**
**East Haven, CT  06513**

RE:    **Allasondra Notaro**
**D.O.B.:  6/27/87**
**SS#:  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**

**You are hereby authorized to furnish to:**

    **Hugh F. Keefe, Esq.**
    **Lynch, Traub, Keefe & Errante, PC**
    **52 Trumbull Street**
    **P.O. Box 1612**
    **New Haven, CT  06506-1612**

**A copy of <u>all counseling records</u>, from 9/1/2001 to present.**

**A photocopy of this authorization will be as effective as the original.**

_____
**Lisa LaPenna (Mother)**

_____
**Dated**

# LYNCH, TRAUB, KEEFE AND ERRANTE

### A PROFESSIONAL CORPORATION

## ATTORNEYS AND COUNSELLORS AT LAW

\*\*HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
† TIMOTHY P. POTHIN
  ERIC P. SMITH
  NICOLE M. FOURNIER
  LOUIS M. RUBANO
  SONIA M. JONES
  MARISA A. BELLAIR

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE:           (203) 787-0275
FAX:             (203) 782-0278
E-MAIL:          LAWYERS@LTKE.COM
INTERNET: HTTP:\\WWW.LTKE.COM

\*BOARD CERTIFIED CIVIL TRIAL LAWYER
\*\*BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\*BOARD CERTIFIED CIVIL AND
CRIMINAL TRIAL LAWYER
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN DISTRICT OF COLUMBIA

---

TO:       **Board of Education**          RE:    **Allasondra Notaro**
          **Town of East Haven**                 **D.O.B.: 6/27/87**
          **35 Wheel Barrow Lane**               **SS#: 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**
          **East Haven, CT  06513**

**You are hereby authorized to furnish to:**

      **Hugh F. Keefe, Esq.**
      **Lynch, Traub, Keefe & Errante, PC**
      **52 Trumbull Street**
      **P.O. Box 1612**
      **New Haven, CT  06506-1612**

A copy of all school records and reports, from 9/1/2001 to present, including but not limited to:

  (a) **School Medical Records, including any and all physical examinations;**

  (b) **School attendance records, including dates of absences and reasons for absences;**

  (c) **Progress reports**

  (d) **IFSP's / IEP'S / PPT'S**

**A photocopy of this authorization will be as effective as the original.**

---

**Lisa LaPenna (Mother)**                    Dated

W:\East Haven\Doe\Authorization for school records .doc