A

## REQUEST FOR PRODUCTION

1. Produce any and all medical or related reports and bills rendered to you from institutions, physicians or other persons described in your answers to Interrogatories 27 and 28.

2. Please provide a copy of any non-privileged statement(s) concerning this action or subsequent matter.

3. Please produce all documents, including but not limited to letters, e-mails and handwritten notes, pertaining to requests or complaints made by you or A.N. regarding the defendant's and its employees' handling/response to A.N.'s situation. "Situation" as used in this request includes A.N.'s assault, her subjection to harassment, and her contact with Demars and Toro.

4. Produce all documents supporting your claim that the defendant knew of the assault on A.N. and the no-contact order.

5. Produce all documents relating to actions/steps taken by the defendant or its employees in regards to A.N.'s situation.

## CERTIFICATION

I hereby certify that a copy of the foregoing was hand-delivered on February 25, 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street,
New Haven, CT 06510

_____
Hugh F. Keefe, Esq.

W:\East Haven\Doe\Interogs & Req. for Prod..doc