B



FILE COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : : : | NO. 3:02 CV 00780 (CFD) |
| V. | : : | |
| EAST HAVEN BOARD OF EDUCATION | : | FEBRUARY 25, 2003 |

## INTERROGATORIES AND REQUEST FOR PRODUCTION

Pursuant to the applicable Federal Rules of Civil Procedure, the defendants request that the plaintiff answer the following interrogatories and produce the following and supplement her answers to the time of trial.

1.    Please state your name, address, date of birth, social security number, current occupation, and name of your current employer.  Please state the same for your daughter, A.N.

**ANSWER:**

2.    Please state whether you have any other children besides "A.N."  If so, please provide their names, ages and addresses.

3.    Describe in detail what ways the East Haven Board of Education knowingly failed and refused to protect the plaintiff from continued contact with and harassment by other students.

**ANSWER:**

4.    Please state the basis of your claim that the alleged sexual assault against "A.N." was widely publicized.  Please also state what exactly you rely on to support your claim that the defendant was aware of the alleged assault.

**ANSWER:**

5.   State when, how and in what manner the defendant was made aware of the Superior Court's order that Toro and Demars were to have no contact with "A.N."

**ANSWER:**

6.   Please state specifically what disciplinary action you claim the defendant should have taken against Toro and Demars.  In this regard, please also identify when such action should have been taken.

**ANSWER:**

7.   Please state specifically what steps you claim the defendant should have taken to protect "A.N." from Toro, Demars and their friends.  In this regard, please also identify when such steps should have been taken.

**ANSWER:**

8.    Identify when and the duration of A.N.'s claimed "repeated contact with and threats and harassment" by Toro, Demars and their friends.

**ANSWER:**

9.    Describe in detail the nature of the conduct to which "A.N." has been subjected by Toro, Demars and their friends.

**ANSWER:**

10.   Describe when and what threats "A.N." was subjected to.

**ANSWER:**

11.    Describe the nature of the harassment to which "A.N." was subjected.

**ANSWER:**


12.    Identify the nature of the physical contact to which "A.N." was subjected.

**ANSWER:**


13.  Identify when and how "A.N." was publicly berated.

**ANSWER:**

14. Identify when "A.N." was called a "slut" and a "liar." Please also state the individual(s) making such statements, where on the East Haven High School's grounds this alleged name-calling took place, and if there were any witnesses to this name-calling.

**ANSWER:**

15. Please state whether there were any witnesses to the conduct mentioned in interrogatories 8 through 14. If so, please identify each witness by name and address.

**ANSWER:**

16. Identify the names of the East Haven High School teachers who have read their classes newspaper articles and/or otherwise discussed the alleged rape of "A.N." with their classes. Please also state when this conduct allegedly occurred and how

exactly the defendant has allegedly permitted this conduct to occur.

**ANSWER:**

17.  Identify the name(s) of the individual(s) you asked to discontinue the conduct identified in interrogatory 16, when said request was made, and the manner in which such request was made.

**ANSWER:**

18.  With respect to interrogatory 16, identify the name of the individual who stated that "teachers have a 'First Amendment right' to engage in such conduct." Please also state when this statement was made and whether anyone witnessed this statement. If so, identify the name(s) of these individual(s).

**ANSWER:**

19.  Please state specifically on what basis you claim that the defendant has excluded the plaintiff from participating in activities, denied her benefits, or subjected her to discrimination on the basis of her sex.

**ANSWER:**

20.  Are you aware of any actions taken by the East Haven Board of Education and/or officials at the East Haven High School to deal with the circumstances and/or incidents alleged in your complaint?

**ANSWER:**

21.  If the answer to the foregoing interrogatory is in the affirmative, please state what actions were taken to deal with the

situation involving "A.N.", when they were taken and the person(s) taking such action.

**ANSWER:**

22.  Please state whether you or A.N. have had any conversations with any of the defendant's employees regarding any of the allegations in your complaint.  If so, please state with whom you spoke, when you spoke with them, and the content of these conversations.

**ANSWER:**

23.  Did you at any time request that the defendant handle the situation involving "A.N." in any specific way?  If so, please state the nature of the request, to whom this request was made, what the result was, and when the request was made.

**ANSWER:**

24.   Are there any actions which you think the defendant should have taken in response to the situation involving "A.N.?" If so, please state what actions you think should have been taken.

**ANSWER:**

25.   Are you aware of the status of the criminal proceedings involving Jonathan Toro and Robert Demars?  If so, please state, with respect to each individual, the current status of the case and/or the disposition.

**ANSWER:**

26.   Identify whether "A.N." has received any treatment for emotional distress.  If so, please state the name of the treating

professional(s), the date(s) of treatment, the method(s) of treatment and whether A.N. continues to receive such treatment.

**ANSWER:**

27.  If "A.N." suffered from any emotional condition(s) prior to the incidents alleged in your complaint, state with specificity the nature of the condition(s), including the date(s) of the treatment, professional(s) consulted and method(s) of treatment.

**ANSWER:**

29.  Please state whether either you or "A.N." made any statements concerning the alleged incidents set forth in your Complaint.

**ANSWER:**

◇

30.  Please state the names and addresses of all persons who are witnesses or have knowledge of the occurrence or the alleged injuries set forth in the Complaint.

**ANSWER:**

31.  If you or A.N. have ever been involved in any lawsuits, state with specificity the name of the lawsuits, whether you were a plaintiff or defendant, the nature of claims made by you and the disposition of the lawsuits.

**ANSWER:**

◇