C

Case 3:02-cv-00780-CFD    Document 48-4    Filed 12/23/2004    Page 1 of 10

FILE

# LYNCH, TRAUB, KEEFE AND ERRANTE
## A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
   CHARLES E. TIERNAN III
   ROBERT W. LYNCH
   RICHARD W. LYNCH
† TIMOTHY P. POTHIN
   ERIC P. SMITH
   NICOLE M. FOURNIER
   LOUIS M. RUBANO
† MARISA A. BELLAIR
£ NANCY A. FITZPATRICK
\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP://WWW.LTKE.COM

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK
° ALSO ADMITTED IN DISTRICT OF COLUMBIA
£ ALSO ADMITTED IN FLORIDA

October 27, 2004

Mr. Norman Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

    Re:    <u>Doe v. East Haven Board of Education</u>
            Our File No. 11111-111

Dear Attorney Pattis:

Enclosed herewith are authorizations for disclosure of protected health information to be signed by your client and returned to me. Please have the forms returned to me by November 12, 2004. Thank you for your anticipated cooperation.

                                  Very truly yours,

                                  Nancy A. Fitzpatrick

Encl.

*HIPAA-Complaint PHI Release Form*

## Authorization for Disclosure of Protected Health Information

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

   Name(s) _____

   Organization(s)   Yale New Haven Hospital/Release of Information

   Address   20 York Street, New Haven, CT  06510

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

   Name(s)   Hugh F. Keefe

   Organization(s)   Lynch, Traub, Keefe & Errante, PC

   Address   52 Trumbull Street
   P.O. Box 1612
   New Haven, CT  06506-1612

3. Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

   ☒ The entire medical record from <u>September, 2001</u> to <u>present</u> (which may include all records, reports and medical materials, including pathology slides, in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials, medical reports, tissue blocks, and tissue slides.)

   ☐ Billing records from _____ to _____.

   ☐ The following limited health information:

   _____
   _____
   _____

W:\East Haven\Doc\MEDICAL AUTHORIZATION Yale.doc

4. Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

   Pending Civil Litigation

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6. This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education,</u> Docket No. 3:02 CV 00780 (CFD) or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

_____                    _____
Signed: Lisa LaPenna                                 Date


Name:       Allasondra Notaro
        _____


Address:
        _____


Telephone: _____         Social Security No.:    047-80-779
                                         D.O.B.:    6/27/87
        Mother
_____
Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. <u>45 C.F.R. 164.508.</u>

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

*HIPAA-Complaint PHI Release Form*

**Authorization for Disclosure of Protected Health Information**

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

   Name(s) _____Mary Newell, Assistant Clinical Professor of Psychology_____

   Organization(s) <u>Center for Dialectical, Cognitive & Behavioral Therapies, LLC</u>

   Address _____<u>291 Whitney Avenue, New Haven, CT</u>_____

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

   Name(s) _____Hugh F. Keefe_____

   Organization(s) _____Lynch, Traub, Keefe & Errante, PC_____

   Address       52 Trumbull Street
                 P.O. Box 1612
                 New Haven, CT  06506-1612

3. Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

   ☒ The entire counseling treatment record from <u>September, 2001</u> to <u>present</u> (which may include all records, reports and medical materials in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials & medical reports.)

   ☐ Billing records from _____ to _____.

   ☐ The following limited health information:

   _____

   _____

4. Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

Pending Civil Litigation

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6. This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education,</u> Docket No. 3:02 CV 00780 (CFD) or in the event that I **revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

Signed: Lisa LaPenna                                  Date

Name:         Allasondra Notaro

Address:

Telephone: _____     Social Security No.:   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
                                                          D.O.B.:   6/27/87
Mother

Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. <u>45 C.F.R. 164.508.</u>

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

*HIPAA-Complaint PHI Release Form*

## **Authorization for Disclosure of Protected Health Information**

I, **Allasondra Notaro**, authorize the disclosure of my protected health information[1] as described herein, I understand that this authorization is voluntary and made to confirm my direction. I understand that, if the person(s) or organization(s) that I authorize to receive my protected health information are not subject to federal and state health information privacy laws,[2] subsequent disclosure by such person(s) or organization(s) may not be protected by those laws.

1. I authorize the following person(s) and/or organization(s) <u>to disclose</u> my protected health information (as specified below):

    Name(s) _____East Haven Board of Education_____

    Organization(s) _____

    Address _____35 Wheel Barrow Lane, East Haven, CT  06513_____

2. I authorize the following person(s) and/or organization(s) <u>to receive</u> my protected health information, as disclosed by the person(s) and/or organization(s) above.

    Name(s) _____Hugh F. Keefe_____

    Organization(s) _____Lynch, Traub, Keefe & Errante, PC_____

    Address           52 Trumbull Street
                     P.O. Box 1612
                     New Haven, CT  06506-1612

3. Specific description of the protected health information that I authorize for disclosure (authorization to disclose psychotherapy notes must be separate):

    ☒ The entire medical record from <u>September</u> to <u>present</u> (which may include all records, reports and medical materials, including pathology slides, in your possession, custody or control concerning the patient. "Records" for purposes of this authorization shall include, but not be limited to, correspondence, telephone logs, office notes, doctors' records, laboratory reports, radiology reports, original X-rays, scans or other diagnostic materials, medical reports, tissue blocks, and tissue slides.)

    ☐ Billing records from _____ to _____.

    ☐ The following limited health information:

    _____
    _____

4. Specific description of the purpose for each use or disclosure (or write "At the request of the individual" in this space):

   Pending Civil Litigation

5. I understand that I may revoke this authorization in writing at any time, except to the extent that the person(s) and/or organization(s) named above have taken action in reliance on this authorization.

6. This authorization expires at the conclusion of litigation in the matter of <u>Doe v. East Haven Board of Education</u>, Docket No. 3:02 CV 00780 (CFD) or in the event that **I revoke it in writing,** whichever occurs first.

I have had the opportunity to read and consider the contents of this authorization. I confirm that the contents are consistent with my direction.

Signed  Lisa LaPenna                                    Date

Name:      Allasondra Notaro

Address:

Telephone:                                              Social Security No.:   047-80-779
                                                        D.O.B.:    6/27/87

Mother

Relationship or Authority of Personal Representative

---

[1] Protected health information ("PHI") is health information that is created or received by a health care provider, health plan, or health care clearinghouse which relates to: 1) the past, present, or future payment for the provision of health care to an individual. To be protected, the information must be such that it identifies the individual or provides a reasonable basis to believe that the information can identify the individual. 45 C.F.R. 164.508.

[2] These laws apply to health plans, health care providers, and health care clearinghouses.

## LYNCH, TRAUB, KEEFE AND ERRANTE
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

\*\*HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
   CHARLES E. TIERNAN III
   ROBERT W. LYNCH
   RICHARD W. LYNCH
† TIMOTHY P. POTHIN
   ERIC P. SMITH
   NICOLE M. FOURNIER
   LOUIS M. RUBANO
   SONIA M. JONES
   MARISA A. BELLAIR

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

PHONE:      (203) 787-0275
FAX:        (203) 782-0278
E-MAIL:     LAWYERS@LTKE.COM
INTERNET:   HTTP:\\WWW.LTKE.COM

\*BOARD CERTIFIED CIVIL TRIAL LAWYER
°°BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\*BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN DISTRICT OF COLUMBIA

TO:  **Board of Education**
     **Town of East Haven**
     **35 Wheel Barrow Lane**
     **East Haven, CT  06513**

RE:  **Allasondra Notaro**
     **D.O.B.: 6/27/87**
     **SS#: 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**

You are hereby authorized to furnish to:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe & Errante, PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT  06506-1612

A copy of <u>**all counseling records,**</u> from 9/1/2001 to present.

A photocopy of this authorization will be as effective as the original.

_____          _____
**Lisa LaPenna (Mother)**                **Dated**

## LYNCH, TRAUB, KEEFE AND ERRANTE
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELLORS AT LAW

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
   CHARLES E. TIERNAN III
   ROBERT W. LYNCH
   RICHARD W. LYNCH
† TIMOTHY P. POTHIN
   ERIC P. SMITH
   NICOLE M. FOURNIER
   LOUIS M. RUBANO
   SONIA M. JONES
   MARISA A. BELLAIR

\* STEPHEN I. TRAUB, OF COUNSEL
° WILLIAM C. LYNCH, RETIRED

52 TRUMBULL STREET
P.O. BOX 1612
NEW HAVEN, CONNECTICUT 06506-1612

PHONE: (203) 787-0275
FAX: (203) 782-0278
E-MAIL: LAWYERS@LTKE.COM
INTERNET: HTTP:\\WWW.LTKE.COM

\*BOARD CERTIFIED CIVIL TRIAL LAWYER
°°BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\*BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
†ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN DISTRICT OF COLUMBIA

TO:  Board of Education
     Town of East Haven
     35 Wheel Barrow Lane
     East Haven, CT 06513

RE:  Allasondra Notaro
     D.O.B.: 6/27/87
     SS#: 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

You are hereby authorized to furnish to:

Hugh F. Keefe, Esq.
Lynch, Traub, Keefe & Errante, PC
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

A copy of <u>all school records and reports</u>, from 9/1/2001 to present, including but not limited to:

(a) School Medical Records, including any and all physical examinations;

(b) School attendance records, including dates of absences and reasons for absences;

(c) Progress reports

(d) IFSP's / IEP'S / PPT'S

A photocopy of this authorization will be as effective as the original.

_____                    _____
Lisa LaPenna (Mother)                       Dated