D

Case 3:02-cv-00780-CFD    Document 48-5    Filed 12/23/2004    Page 1 of 2

# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
KIM COLEMAN WAISONOVITZ
JOSEPH M. MERLY

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

November 3, 2004

Attorney Nancy A. FitzPatrick
Lynch Traub Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

RE:   **DOE V. EAST HAVEN BOARD OF ED**

Dear Nancy:

I received your letter of October 27, 2004. As discovery in this case has long since closed and the case would by now have been tried but for the exigencies of Attorney Keefe's schedule, we are not going to execute the releases you sent us.

Sincerely,

NORMAN A. PATTIS

NAP:kap

