FILED

2004 DEC 23 A 11: 37

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." :  | NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | DECEMBER 21, 2004 |

### AFFIDAVIT OF NANCY A. FITZPATRICK

I, NANCY A. FITZPATRICK, being duly sworn, hereby depose and say:

1. I am over the age of eighteen (18) years and believe in the sanctity and obligation of an oath.

2. I am making this affidavit of my own personal knowledge.

3. I work with Attorney Hugh Keefe who is representing the defendant in this matter.

4. This affidavit is being submitted in compliance with Rule 37(a)(2) of the Local Rules of Civil Procedure in support of the defendant's Motion to Compel.

5. Attorney Keefe and I have reviewed the claims made by the plaintiff and served written discovery on her.

6. On or about February 25, 2003, the plaintiff was served with the following Request for Production: Produce "any and all medical or related reports and bills rendered to you from institutions, physicians or other persons described in your answers to Interrogatories 27 and 28." See Defendant's Requests for Production

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\AFFIDAVIT NAF 12-1-04.DOC

attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004 as Exhibit A.

7. Defendant's Interrogatory No. 26 requested the following: "Identify whether 'A.N.' has received any treatment for emotional distress. If so, please state the name of the treating professional(s), the date(s) of treatment, the method(s) of treatment and whether 'A.N.' continues to receive such treatment." See Defendant's Interrogatories attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004 as Exhibit B.

8. Defendant's Interrogatory No. 27 requested the following: "If 'A.N.' suffered from any emotional condition(s) prior to the incidents alleged in your complaint, state with specificity the nature of the condition(s), including the date(s) of the treatment, professional(s) consulted and method(s) of treatment." See Defendant's Interrogatories attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004.

9. There was no Interrogatory No. 28 and Interrogatory No. 29 makes no reference to medical treatment or emotional distress.

10. To date, the plaintiff has not provided the defendant with all the medical reports related to her emotional distress claim.

11. In order to obtain the records directly from the professionals that have treated A.N. for emotional distress, I sent plaintiff's counsel, Attorney Norman Pattis, a letter along with medical authorizations requesting that the plaintiff execute the authorizations. See Letter from Nancy A. Fitzpatrick to Norman Pattis dated October

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\AFFIDAVIT NAF 12-1-04.DOC

27, 2004 attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004 as Exhibit C.

12. Thereafter, Attorney Pattis refused to have his client execute the medical authorizations. See Letter from Norman A. Pattis to Nancy A. Fitzpatrick dated November 3, 2004 attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004 As Exhibit D.

13. In a good faith effort to resolve this dispute without the Court's intervention, I again contacted Attorney Pattis to resolve the discovery dispute. See Letter from Nancy A. Fitpatrick to Norman Pattis dated November 11, 2004 attached to the Defendant's Memorandum of Law in Support of Its Motion to Compel dated Dec. 21, 2004 as Exhibit E.

14. Despite this effort, the parties have been unable to resolve the discovery dispute and to date, the plaintiff has failed to execute the medical authorizations.

15. The foregoing is true and accurate to the best of my knowledge.

_____
Nancy A. Fitzpatrick

Subscribed and sworn to me on this 21 day of December, 2004.

_____
Commissioner of the Superior Court

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\EAST HAVEN\DOE\AFFIDAVIT NAF 12-1-04.DOC