UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOE,<br>　　Plaintiff | : 3:02CV0780(CFD)<br>:<br>: |
| VS. | :<br>: |
| EAST HAVEN BOARD OF<br>EDUCATION,<br>　　Defendant | :<br>: NOVEMBER 3, 2004 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S UNTIMELY ATTEMPT TO AMEND IT'S EXHIBIT LIST

The defendant in this action, weeks after the final pretrial at which objections to exhibits were made and argument heard as to the various exhibits, now seeks to amend unilaterally it's pretrial order by deleting the majority of the exhibits it had earlier offered. As the record of the earlier proceeding makes clear, the plaintiff did not object to any of the defendant's exhibits. The reason for that was simple: the plaintiff intended to use them himself. The defendant offers no good cause for why he should be permitted to amend his trial commitments at this late date. Indeed, the orders of this court were clear: trial counsel were to appear at the final pretrial to discuss objections to the various

1

exhibits each side had placed on their exhibit list. It is to be assumed and inferred that the defendant was serious about the exhibits and had actually thought about them prior to placing them on his exhibit list. Nothing in the submissions to this court seeking permission to revise his pretrial exhibit list suggests that good cause exists for him to be permitted to alter the playing field at this late date.

THE PLAINTIFF
DOE

BY _____
NORMAN A. PATTIS
51 Elm Street, Suite 409
New Haven, CT 06510
Telephone: (203) 562-9931
Fed Bar No. ct408681
Plaintiff's Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on , to the following parties and counsel of record:

Hugh Keefe, Esq.
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
NORMAN A. PATTIS