UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf | : | |
| of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | MARCH 28, 2005 |

### DEFENDANT'S AMENDED WITNESS LIST

The defendant, East Haven Board of Education, hereby submits this amended witness list.

1. <u>A.N.</u>, Plaintiff's daughter. A.N. is expected to testify as to her knowledge of the facts and circumstances prior to, during and subsequent to the incidents at issue. Expected length of testimony: 2 hours.

2. <u>Jane Doe</u>, Plaintiff. Jane Does is expected to testify as to her knowledge of the facts and circumstances prior to, during and subsequent to the incidents at issue. Expected length of testimony: 2 hours.

3. <u>Anthony N.</u>, Plaintiff's son. Mr. N is expected to testify as to his knowledge of the facts and circumstances prior to, during and subsequent to the incidents at issue. Expected length of testimony: 1 hour.

4. <u>Jodi Baker</u>. Ms. Baker is expected to testify as to her knowledge of the facts and circumstances prior to, during and subsequent to the incidents at issue. Expected length of testimony: 30 minutes.