UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf : | |
| of her minor daughter, "A.N." : | NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | APRIL 5, 2005 |

DEFENDANT'S SECOND REVISED EXHIBIT LIST

The defendant, East Haven Board of Education, hereby submits its second revised trial exhibit list. The only exhibits the defendant presently plans on offering into evidence are:

1. March 26th Note from Alicia Melillo regarding AN;

2. March 27th Note from Alicia Melillo regarding AN;

3. April 12, 2002 Note from Alicia Melillo regarding AN;

4. A.N.'s East Haven High School Grade Report for "Report Period 2001-2002";

5. A.N.'s East Haven High School Grades for 01-02, 02-03 and 03-04 school years;

6. Letter from Robert Proto to Ms. Barbara Consiglio dated May 13, 2002; and,

7. Memorandum from Elaine Mierzejewski to L. Esposito, J. Ference, J. Siciliano, J. Baker, H. Borelli, E. Franco-Spano, and M. Stanisz dated May 10, 2002.

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\REVISED EXHIBIT LIST 3-11-05.DOC

        THE DEFENDANT
        EAST HAVEN BOARD OF EDUCATION

BY: _____
     HUGH F. KEEFE, ESQ.
     Lynch, Traub, Keefe & Errante, PC
     52 Trumbull Street,
     P.O. Box 1612
     New Haven, CT 06596
     (203) 787-0275
     Federal Bar No. CT05106

### CERTIFICATION

I hereby certify that a copy of the above was mailed on April 5, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

_____
     Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\REVISED EXHIBIT LIST 3-11-05.DOC