UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, | : | |
| suing by and on behalf of | : | Civil Action No. |
| her minor daughter, "A.N.", | : | 3:02 CV 780 (CFD) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST HAVEN BOARD OF EDUCATION, | : | |
|     Defendant. | : | |

**RULING ON DEFENDANT'S MOTION IN LIMINE**

The defendant filed a motion in limine, seeking to preclude the plaintiff's introduction of various exhibits and testimony at trial. The Court heard argument on this motion on October 13, 2004. Each portion of the defendant's motion is addressed in turn.

**I.     Discussion**

    **A.     Details of Underlying Sexual Assault**

The defendant has moved to preclude any testimony or evidence regarding the details of Jonathan Toro's and Robert Demars' sexual assault of A.N. in January 2002 other than the event's approximate date, location, and the ultimate disposition of the related criminal charges. The motion is DENIED, without prejudice to renewal at the time of trial. Counsel are cautioned to raise such matters outside the presence of the jury.[1]

    **B.     Testimony of Physical Threat Made Against A.N.**

One of A.N.'s fellow students allegedly made a threat against A.N. in the presence of an East Haven High School teacher. The teacher subsequently reported this threat to guidance

---

[1] This caution applies equally to the other portions of this ruling.

counselor Alicia Melillo.  A.N. was present in Ms. Melillo's office, and overheard the report.  The defendant has moved to preclude any testimony by Jane Doe or A.N. regarding this threat.  The motion is DENIED, without prejudice to renewal at the time of trial.

### C. Testimony Regarding Behavior of Substitute Teacher

The defendant has moved to preclude any testimony related to an alleged incident where a substitute teacher at East Haven High School read a newspaper article regarding A.N.'s sexual assault to his class.  The motion is DENIED, without prejudice to renewal at the time of trial.

### D. Testimony Regarding Threatening Instant Message

A.N. testified at deposition that after reporting her sexual assault to the police, she received an anonymous instant message from someone called "Gunna Be Dead" while using a friend's computer.  A.N. never discovered the identity of "Gunna Be Dead."  The defendant has moved to preclude any testimony regarding the instant message on the grounds of irrelevancy and inadmissible hearsay.  The motion is GRANTED.

### E. Testimony Regarding A.N.'s Decision to Switch School Buses

One of A.N.'s friends reported that another student made a threat against A.N., after which A.N. switched school buses so as not to ride on the same bus as the threatening student.  The defendant has moved to preclude any testimony regarding A.N.'s decision to switch school buses.  The motion is DENIED, without prejudice to renewal at the time of trial.

### F. Testimony Regarding Alleged Previous Physical Assault by Jonathan Toro

A.N. testified at deposition that Jonathan Toro allegedly assaulted another student on the East Haven High School campus.  The defendant has moved to preclude any testimony regarding this incident.  The motion is DENIED, without prejudice to renewal at the time of trial.

    **G.**    **Defendant's Objections to Plaintiff's Proposed Exhibits**

The defendant has objected to plaintiff's proposed Exhibits 1 and 2, the Superior Court files of Jonathan Toro and Robert Demars; Exhibits 3 and 4, the plea transcripts of Jonathan Toro and Robert Demars; and Exhibit 9, the Motion to Modify Conditions of Bail for Jonathan Toro and Robert Demars. At oral argument, plaintiff's counsel represented that he was not planning to introduce Exhibits 1, 2, 3, and 4 at trial. Defendant's objections to those exhibits are therefore DENIED AS MOOT. Defendant's objection to plaintiff's proposed Exhibit 9 is DENIED, without prejudice to renewal at time of trial.

**II.**    **Conclusion**

For the above reasons, Defendant's Motion in Limine [Doc. # 35] is GRANTED IN PART, DENIED IN PART.

So ordered this __13th___ day of April 2005 at Hartford, Connecticut.

    ___/s/ CFD_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**