UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf : | |
| of her minor daughter, "A.N." : | NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | APRIL 18, 2005 |

**DEFENDANT'S MOTION IN LIMINE AND
OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST**

The defendant, East Haven Board of Education, respectfully moves to preclude the introduction of Plaintiff's proposed exhibits 8, 10, 11 and 12. The defendant maintains its objections to plaintiff's exhibits 1, 2, 3, 4 and 9 (previously noted in the Joint Trial Memorandum and Defendant's Motion in Limine dated 9/24/04).

Plaintiff's exhibits 8 and 11, which are letters from Maxine V. Wilensky to Martin DeFelice dated May 6, 2002 and May 9, 2002, should be precluded because they constitute hearsay and contain double hearsay, factually inaccurate information, and inadmissible conclusions and opinions. Plaintiff's exhibit 10, which is a court order dated May 9, 2002, should be precluded because (1) it is part of the Superior Court files previously objected to; and (2) it is         irrelevant, prejudicial and constitutes

1

hearsay. Plaintiff's exhibit 12, which is a parent conference report dated May 10, 2002, should be precluded because it is hearsay and contains double hearsay and inadmissible opinions and conclusions. A memorandum of law in support of this motion is being filed herewith.

         THE DEFENDANT
         EAST HAVEN BOARD OF EDUCATION

         BY: _____
            HUGH F. KEEFE, ESQ.
            Lynch, Traub, Keefe & Errante, PC
            52 Trumbull Street,
            P.O. Box 1612
            New Haven, CT 06596
            (203) 787-0275
            Federal Bar No. CT05106

**CERTIFICATION**

I hereby certify that a copy of the above was sent via facsimile on April 18, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215
Fax: (203) 776-9494

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524
Fax: (203) 393-9745

                                                                        _____
                                                                                Hugh F. Keefe