UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, <br> suing by and on behalf of <br> her minor daughter, "A.N.", <br>     Plaintiff, <br><br> v. <br><br> EAST HAVEN BOARD OF EDUCATION, <br>     Defendant. | : <br> : <br> :  Civil Action No. 3:02 CV 780 (CFD) <br> : <br> : <br> : <br> : <br> : <br> : |

**PRETRIAL ORDER**

In accordance with Fed. R. Civ. P. 16, a pretrial conference with counsel for the parties in the above-captioned action was held on April 18, 2005. As a result of the pretrial conference, the Court issues this Pretrial Order.

  Plaintiff's Counsel:   Norman Pattis

  Defendant's Counsel:   Hugh Keefe
                        Nancy Fitzpatrick

1.  <u>Jury Selection and Commencement of Evidence</u>

    Jury selection will be held on **April 20, 2005** at **10:00 a.m.** The parties will be selecting **9** jurors. The plaintiff has **3** peremptory challenges. The defendant has **3** peremptory challenges. Evidence will begin on **May 2, 2005** at **10:00 a.m.**

2.  <u>Causes of Action</u>

    Plaintiff's counsel indicated that the plaintiff no longer is pursuing her state law claim. The only claim to be tried is whether the defendant violated Title IX. The defendant withdrew its two special defenses.

3.  <u>Opening Statements/Statement of the Case</u>

    Parties will be allowed ten (10) minutes each for opening statements.

    The parties agreed with the Court's proposed description of the case to be read to the jury at jury selection.

4. Evidentiary Issues

   Argument on the remaining objections to the parties' proposed exhibits will be held after jury selection on **April 20, 2005**.

5. Use of Pseudonyms

   The parties agreed that the real names of plaintiffs Jane Doe and her daughter A.N. will be used during jury selection and at trial. The Court reserves the right to redact pseudonyms from any documents introduced at trial. All official court papers will continue to be captioned using the aforementioned pseudonyms.

6. Stipulations

   The parties agreed to withdraw stipulations of fact 9, 10, and 11. Final stipulations of law and fact must be filed no later than **April 20, 2005** at **9:30  a.m.**

7. Preliminary Jury Instructions

   There were no objections to the preliminary jury instructions.

8. Sequestration

   A sequestration order will be in effect during the trial.

9. Expert Witnesses

   The parties have agreed that no expert witnesses will be called.

10. Marking of Exhibits

    Exhibits will be premarked on **April 20, 2005** at **9:30 a.m.**, with two copies for the Court.

11. Jury Instructions

    Final proposed jury instructions and verdict form must be filed no later than **April 20, 2005** at **9:30 a.m.**

12. Objections

    Any objections to this order shall be made in writing and filed with the Clerk's office within seven days of the issuance of this order.

      IT IS SO ORDERED that this Pretrial Order may be modified by order of the Court only to prevent manifest injustice or for good cause shown.

      Dated at Hartford, Connecticut, this     20th     day of April 2005.


                                                      /s/ CFD  
                                         **CHRISTOPHER F. DRONEY**  
                                         **UNITED STATES DISTRICT JUDGE**

**Jane Doe v. East Haven Board of Education, 02cv780**
**Schedule**

**April 20, 2005** –	(1)	Parties must submit by **9:30 a.m.**
   (a) Final stipulations
   (b) Final witness list
   (c) Exhibits to be introduced at trial (one original set, two sets of copies)
   (d) Revised/supplemental jury instructions
   (e) Revised/supplemental joint proposed verdict form

(2) Jury Selection at **10:00 a.m.**

(3) Argument on objections to proposed exhibits to be held immediately after jury selection

**May 2, 2005** –	(1)	Start of evidence at **10:00 a.m.**

4