CT/cvtrial (October 17, 2001)

HONORABLE _Droney_
DEPUTY CLERK _Dein_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: ___ hours ___ minutes

DATE _5-2-05_    START TIME _9:50_    END TIME _5:05_
LUNCH RECESS FROM _1:15_ TO _2:15_
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Doe_

vs.

_East Haven_

CIVIL NO. _02CV780CFD_

_Williams_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Keefe_
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☒ Jury of _9_ report (see attached) ☒ Jury sworn
☒ (jytrl./h) Jury Trial held ☒ (jytrl./set) Jury Trial continued until _5-3-05_ at _10:00AM_
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____

☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×6)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at: _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)