HONORABLE **Droney**   CT/cytrial (October 17, 2001)

TOTAL TIME: **6** hours **20** minutes    DEPUTY CLERK **Ben**    RPTR/ERO/TAPE **Marshall**

DATE **5-3-05**   START TIME **9:45**   END TIME **5:05**
LUNCH RECESS FROM **1:00** TO **2:00**
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Doe**

vs.

**East Haven**

CIVIL NO. **02CV780CFD**

**Williams**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Keefe**
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of **9** report (see attached) ☐ Jury sworn
☒ (jytrl./h) Jury Trial held ☒ (jytrl./set) Jury Trial continued until **5-4-05** at **10AM**
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☒ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)