HONORABLE Droney
DEPUTY CLERK Devo   RPTR/ERO/TAPE Marshall   CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 5 minutes

DATE 5-4-05   START TIME 10:00   END TIME 4:35
LUNCH RECESS FROM ___ TO ___
RECESS FROM 1:00 TO 1:45   (if more than 1/2 hour)

Doe
vs.
East Haven

CIVIL NO. 02CV780 CFD

William
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Keefe
Defendant's Counsel

### CIVIL JURY/COURT TRIAL

☒ Jury of 9 report (see attached) ☐ Jury sworn
☒ (jytrl./h) Jury Trial held   ☒ (jytrl./set) Jury Trial continued until 5-5-05 at 10:00 AM
☐ (ctrl./h) Court Trial held   ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ Court Trial concluded   ☐ DECISION RESERVED   ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)