CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 40 minutes  
HONORABLE Droney  
DEPUTY CLERK Fidelis Basile  
RPTR/ERO/TAPE Marshall

DATE 5/5/05  
START TIME 10:10 am   END TIME 4:50 pm  
LUNCH RECESS FROM 12:00 TO 1:00 pm  
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Doe  
vs.  
East Haven  

CIVIL NO. 02CV780 CFD

Williams  
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Keefe  
Defendant's Counsel

### CIVIL JURY/COURT TRIAL

☑ Jury of 9 report (see attached) ☐ Jury sworn  
☑ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until 5-6-05 at 10:00 am  
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____  
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement  
Motion _____ ☐ granted ☐ denied ☐ advisement  
Motion _____ ☐ granted ☐ denied ☐ advisement  
Motion _____ ☐ granted ☐ denied ☐ advisement  
Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
Oral motion _____ ☐ granted ☐ denied ☐ advisement  
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×6)

☑ Plaintiff(s) rests ☑ Defense rests  
Briefs due: ☐ Pltf _____ Deft _____ Reply _____  
☑ Summation held ☑ Court's Charge to the Jury  
All full exhibits, ☑ Verdict Form handed to the jury ☑ Charge Interrogatories to the Jury handed to the jury  
Jury commences deliberations at ~~3:30~~ 3:45 pm  
☐ Court orders Jury to be fed at Govt. expense (see attached bill)  
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

Judge: **CHRISTOPHER F. DRONEY**
Event: **3:02CV780 (CFL**
Case 3:02-cv-00780-CFD    Document 66    Filed 05/05/2005    Page 2 of

Jury List

Date: *May 5, 2005*

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100198664 | CARTER,JAMES E | Juror | *James E. Carter* |
| 2 | 100194581 | DUSZAK,MELANIE J | Juror | *Melanie Duszak* |
| 3 | 100243686 | LIND,DONA O | Juror | *Dona O Lind* |
| 4 | 100205718 | LUISO,CHRISTOPHER | Juror | *[signature]* |
| 5 | 100246107 | MASOTTI,CHRISTINE L | Juror | *Christine Masotti* |
| 6 | 100221953 | PITNEY,DAVID M | Juror | *David M.* |
| 7 | 100225397 | SCHREIBER,SHARON | Juror | *Sharon Schr*  |
| 8 | 100200147 | TRALONGO,NANCY L | Juror | *Nancy Tralongo* |
| 9 | 100185541 | WILSON,MARK D | Juror | *[signature]* |