UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE,
suing by and on behalf of
her minor daughter, "A.N.",
Plaintiff,

v.

EAST HAVEN BOARD OF EDUCATION,
Defendant

Civil Action No.
3:02 CV 780 (CFD)

United States District Court
District of Connecticut
FILED AT        HARTFORD
   5/5/05
   Kevin F. Rowe, Clerk
By _____
    Deputy Clerk

## PROPOSED VERDICT FORM

I. **SECTION ONE (Liability)**

   1. Do you find that the plaintiff, Lisa LaPenna, has proved by a preponderance of the evidence that the defendant, East Haven Board of Education, violated Title IX of the Educational Amendments of 1972 ?

      YES_____       NO_____

   If you answered "Yes" to Question 1, proceed to Question 2.

   If you answered "No" to Question 1, sign and date this form in Section III.

II. **SECTION TWO (Damages)**

   2. If you answered "Yes" to Question 1, then indicate the amount of damages that Lisa LaPenna has proven against the East Haven Board of Education.

      $_____

III. **SECTION THREE**

   You have completed your deliberations. Please sign and date this form.

   _____
   Foreperson

   _____
   Date

1