HONORABLE **Droney**
DEPUTY CLERK _____ REPORTRO/TAPE **Marshall**

TOTAL TIME: ___ hours ___ minutes

DATE **5-6-05**   START TIME **10:20**   END TIME **3:00**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Doe**
vs.
**East Haven**

CIVIL NO. **02CV780 CFD**

**Williams**
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Keefe**
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☒ Jury of **9** report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm. Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits. ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
☒ Court orders Jury to be fed at Gov't expense (see attached bill)
☒ SEE ☒ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)

## VERDICT

☐ ......... Court declares MISTRIAL

☒ jyv ....... Verdict Form filed

☒ ......... VERDICT: *for plaintiff in the amount of $100,000.00*

_____

_____

_____

_____

☒ ......... Court accepts verdict and orders verdict verified and recorded

☒ ......... Jury polled

## MISCELLANEOUS PROCEEDINGS