# United States District Court

DISTRICT OF CONNECTICUT

Doe v. East Haven

PLAINTIFF'S EXHIBIT LIST

CASE NUMBER: 02CV780 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Pattis / Williams | Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/2 – | MARSHALL | Devo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Full | 2 | 5-2-05 | ✓ | ✓ | Let. dated 5/6/02 to Town of E. Haven |
| Full | 3 | '' | ✓ | ✓ | Copy of mot. to modify bail 5/6/02 |
| Full | 4 | '' | ✓ | ✓ | Order re: no contact 5/9/02 |
| Full | 5 | '' | ✓ | ✓ | Let. dated 5/9/02 to Defelice from Wilensky |
| | 6 | '' | ✓ | | Stipulation |
| Full | 7 | '' | ✓ | ✓ | Memo dtd 3/28/02 to Smith from Parillo |
| Full | 1 | 5/3/05 | ✓ | ✓ | Student behavior & responsibilities |
| | 8 | '' | ✓ | | DCF Notification of investigation 7-2-02 |
| Full | 9 | 5-4-05 | ✓ | ✓ | Notes from Melillo |
| Full | 10 | '' | ✓ | ✓ | Notes from Melillo |
| Full | 11 | '' | ✓ | ✓ | '' '' '' |
| Full | 12 | '' | ✓ | ✓ | '' '' '' |
| Full | 13 | '' | ✓ | ✓ | Notes from Notaro |

United States District Court
District of Connecticut
FILED AT HARTFORD
May 6, 2005
Kevin F. Rowe, Clerk
By: Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages