# United States District Court

DISTRICT OF CONNECTICUT

Doe
v.
East Haven

**PLAINTIFF'S WITNESS LIST**

CASE NUMBER: 02CV780 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| DRONEY | Pattis / Williams | Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/2– | MARSHALL | Dero |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5-2-05 | | | Maxine Wilensky – asst. states atty. N.H. |
| | | " | | | Lisa LaPenna – W. Haven, CT |
| | | 5-3-05 | | | Lisa LaPenna |
| | | " | | | Allasondra Notaro, W. Haven, CT |
| | | 5-5-05 | | | Plaintiff Rest |

United States District Court
District of Connecticut
FILED AT HARTFORD
May 6, 2005
Kevin F. Rowe
By: Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages