# United States District Court

DISTRICT OF **Connecticut**

Doe v. East Haven

Deft's EXHIBIT LIST

CASE NUMBER: 02CV780 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Droney | Pattis | Reefe |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/2– | Marshall | Devo |

| | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|
| | | 8 | 5-2-05 | ✓ | | Poster board – Calendar |
| | | 9 | " | ✓ | | Letters to Ms. LaPenna re: Sons suspension |
| | | 10 | " | ✓ | | Let. dat. 5/16/02 from atty Grignari to Smith |
| | | 11 | 5-3-05 | ✓ | | EHHS Parent Conf. Robert DeMars |
| | | 12 | 5-3-05 | ✓ | | " " Jonathan Jero |
| | | 13 | " | | | |
| | | 14 | " | | | |
| Full | | 4 | " | ✓ | ✓ | Report card – 01-02 |
| Full | | 5 | " | ✓ | ✓ | Report card 01-02 |
| | | 15 | " | ✓ | | |
| Full | | 16 | " | ✓ | ✓ | Case/incident Report 5/2/02 |
| | | 17 | " | ✓ | | Albis 5/2/02 Statement |
| | | 18 | " | ✓ | | Greta 5/9/02 Statement |
| Full | | 19 | 5/3/04 | ✓ | ✓ | Parents Conf. Sheet |
| Full | | 7 | " | ✓ | ✓ | Memo from Mierzejewski 5/10/02 |
| Full | | 1 | 5-4-05 | ✓ | ✓ | Note from Melillo 3/26 |
| Full | | 2 | " | ✓ | ✓ | " " " 3/27 |
| Full | | 20 | " | ✓ | ✓ | Student Contact |
| | | 21 | " | ✓ | | School Calendar 2001/2002 |
| Full | | 3 | " | ✓ | ✓ | Note from Melillo 4/2 |
| | | 22 | " | ✓ | | 3/25/02 Police Report |
| Full | | 23 | 5-5-05 | ✓ | ✓ | Allie may 9 2002 written Statement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Doe vs. East Haven — CASE NO. 02CV780 CFD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| Full | 24 | 5-5-05 | ✓ | ✓ | Allie 5/13/02 Statement |
| Full | 25 | " | ✓ | ✓ | Student Statements |

Page ____ of ____ Pages