AO 187 (Rev. 7/87) Exhibit and Witness

# United States District Court

DISTRICT OF __CONNECTICUT__

Doe
v.
East Haven

### DEFENDANT'S WITNESS LIST

CASE NUMBER: _02CU780CFD_

| PRESIDING JUDGE DRONEY | PLAINTIFF'S ATTORNEY Williams | DEFENDANT'S ATTORNEY Keefe |
| TRIAL DATE(S) 5/2- | COURT REPORTER MARSHALL | COURTROOM DEPUTY Den |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5-3-04 | | | Elaine Mierzejewski - Kensington, CT |
| | | 5-4-04 | | | Elaine Mierzejewski " |
| | | " | | | Alicia Melillo |
| | | 5/5/05 | . | | Alicia Melillo - Cross and Redirect |
| | | | | | Deft Rest |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages