AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CONNECTICUT

Doe
v.
East Haven

COURT EXHIBITS

CASE NUMBER: 02cv 780 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| C.F DRONEY | Williams | Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/2 – 5/6 | Marshall | Dew |

| COURT EXHIBITS | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|
| 1 | 5-2-05 | | | Let. from Juror #3 Dona Lind |
| 2 | 5-4-05 | | | Note from Juror |
| 3 | 5-5-05 | | | Note from Jury |
| 4 | 5-6-05 | | | Note from Jury |
| 5 | " | | | Let. from CFD re: note from Jury |
| 6 | " | | | Response to jury note |
| 7 | " | | | Note from Jury |
| 8 | 5-6-05 | | | Verdict Form |
| 9 | 5-5-05 | | | Jury Instructions |

United States District Court
District of Connecticut
FILED AT HARTFORD
May 6, 2005
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk