UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE,
suing by and on behalf of
her minor daughter, "A.N.",
    Plaintiff,

v.

EAST HAVEN BOARD OF EDUCATION,
    Defendant

Civil Action No.
3:02 CV 780 (CFD)

**VERDICT FORM**

I. **SECTION ONE (Liability)**

1. Do you find that the plaintiff, _____, has proved by a preponderance of the evidence that the defendant, East Haven Board of Education, violated Title IX of the Educational Amendments of 1972?

    YES __X__    NO _____

If you answered "Yes" to Question 1, proceed to Question 2.

If you answered "No" to Question 1, sign and date this form in Section III.

II. **SECTION TWO (Damages)**

2. If you answered "Yes" to Question 1, then indicate the amount of damages that has proven against the East Haven Board of Education.

    $ 100,000

III. **SECTION THREE**

You have completed your deliberations. Please sign and date this form.

_____
Foreperson

__5/6/05__
Date

COURT'S EXHIBIT
8
02CV 780 (CFD)

1