UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE : <br> By & o/b/o Minor daughter AN | |
| v. : | CASE NO. 3:02CV780 (CFD) |
| EAST HAVEN BOARD OF EDUCATION : | |

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Christopher F. Droney, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff and against the defendant, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount of $100,000.00.

Dated at Hartford, Connecticut, this 9th day of May, 2005.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____