**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO: 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

2005 MAY 16

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

May 9, 2005

Hugh Keefe
52 Trumbull St.
New Haven, CT 06506

   Re: Case Name: Doe v. East Haven
       Number: 3:02CV780 (CFD)

RECEIVED
MAY 10 2005

Dear Attorney Keefe:

As the above matter has been disposed of in this court.

Enclosed are the defendant's exhibits.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                                    Sincerely,

                                    Kevin F. Rowe, Clerk

                                    BY _____
                                       Deborah Johnson
                                       Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 5/13/05