**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | MAY 16, 2005 |

**DEFENDANT'S RENEWED MOTION FOR**
**JUDGMENT AS A MATTER OF LAW**

Pursuant to Rule 50 and in accordance with Local Rule 7, the defendant, East Haven Board of Education, respectfully moves that the Court set aside the jury's findings and verdict and direct entry of judgment as a matter of law in favor of the East Haven Board of Education.

The defendant submits respectfully that the jury's findings and verdict on the Title IX claim are legally and logically unsupported by the evidence. A memorandum of law in support of this motion has been filed simultaneously herewith.

                THE DEFENDANT
                EAST HAVEN BOARD OF EDUCATION

        BY:  _____
                HUGH F. KEEFE, ESQ.
                Lynch, Traub, Keefe & Errante, PC
                52 Trumbull Street,
                P.O. Box 1612
                New Haven, CT 06596
                (203) 787-0275
                Federal Bar No. CT05106

## **CERTIFICATION**

I hereby certify that a copy of the above was sent via U.S. Mail on May 16, 2005 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| John R. Williams, Esq. | Mr. Norman Pattis, Esq. |
| John R. Williams & Associates, LLC | Law Offices of Norman A. Pattis, LLC |
| 51 Elm Street | 649 Amity Road, P.O. Box 280 |
| New Haven, CT 06510 | Bethany, CT 06524 |
| Fax:  (203) 776-9494 | Fax:  (203) 393-9745 |

                __
                _____
                Hugh F. Keefe