**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| V. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | MAY 16, 2005 |

### DEFENDANT'S MOTION TO SET ASIDE JURY VERDICT & JUDGMENT

The defendant, East Haven Board of Education, respectfully moves the Court to set aside the jury's verdict and judgment in favor of the plaintiff finding that the defendant violated Title IX and awarding the plaintiff $100,000 and award the defendant a new trial. The defendant submits that the jury's findings and verdict are legally and logically unsupported by the evidence. A memorandum of law in support of this motion has been filed simultaneously herewith.

                    THE DEFENDANT
                    EAST HAVEN BOARD OF EDUCATION

                    BY: _____
                          HUGH F. KEEFE, ESQ.
                          Lynch, Traub, Keefe & Errante, PC
                          52 Trumbull Street,
                          P.O. Box 1612
                          New Haven, CT 06596
                          (203) 787-0275
                          Federal Bar No. CT05106

## **CERTIFICATION**

I hereby certify that a copy of the above was sent via U.S. mail on May 16, 2005 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| John R. Williams, Esq. | Mr. Norman Pattis, Esq. |
| John R. Williams & Associates, LLC | Law Offices of Norman A. Pattis, LLC |
| 51 Elm Street | 649 Amity Road, P.O. Box 280 |
| New Haven, CT 06510 | Bethany, CT 06524 |
| Fax: (203) 776-9494 | Fax: (203) 393-9745 |

_____
Hugh F. Keefe

2
Lynch, Traub, Keefe and Errante, p. c.  Attorneys at Law

52 Trumbull Street   p.o. box 1612   New Haven, Connecticut 06506-1612

telephone (203) 787-0275   facsimile (203) 782-0278

W:\16000-16999\16560 East Haven\030 Jane Doe vs. BOE Title IX\Pleadings\2005\Motion to Set Aside 5-16-05.doc