UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : |
| VS. | : NO. 3:02CV780(CFD) |
| EAST HAVEN BOARD OF EDUCATION | : APRIL 18, 2005 |

### PLAINTIFF'S EXHIBIT LIST

1. East Haven Discipline Policy
2. State's Attorney Maxine Wilensky letter to Martin DeFelice, May 6, 2002.
3. Motion to Modify Conditions of Bail, May 6, 2005.
4. May 9, 2002, Court Order re. No Contact.
5. May 9, 2002, letter from Wilensky letter to Martine DeFelice.

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS (ct13120)
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was hand-delivered to Hugh F. Keefe, Esq., 52 Trumbull Street, New Haven, CT 06596 and mailed to John R. Williams, 51 Elm St., New Haven, CT 06510.

NORMAN A. PATTIS