UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANE DOE, suing by and on behalf
of her minor daughter, "A.N."

VS.

EAST HAVEN BOARD OF EDUCATION

NO. 3:02CV780(CFD)

APRIL 18, 2005

### PLAINTIFF'S WITNESS LIST

1. A.N. 1.5 hours. Will testify as to her educational opportunities subsequent to her sexual assault, and to instances of harassment and intimidation experienced as a student. 1.5 hours.

2. Jane Doe will testify about the notice she provided to defendants' employees of the distress her daughter was suffering, and as to the requests she made for educational accommodation she made on behalf of her daughter, including the request that the individuals who assaulted her daughter be removed from school grounds. 1.5 hours.

3. Martin DeFelice, Superintendent of Schools, will testify on the policies and procedures for providing educational opportunities to students sexually assaulted by classmates, including disciplinary policies for those who assault classmates. He will also testify about his response to certain notice provided him by Assistant State's Attorney Maxine Wilensky regarding a "no contact" order regarding several students and A.N. 2.0 hours.

4. Assistant State's Attorney Maxine Wilensky will testify about steps she took to notify the defendant's employees of the fact the criminal

        charges pending against two students and the court's order that the students initiate no contact with A.N. .25 hours.

5. Dr. John Smith, East Haven High School principal, will testify about his contacts with Jane Doe, his compliance with East Haven disciplinary policies, and the educational opportunities provided to A.N. in the wake of her sexual assault. 1.5 hours.

6. Alicia Melillo, Guidance Counselor, will testify about A.N.'s educational opportunities during the period that criminal charges were pending against A.N.'s assailants, including A.N. emotional distress. (1.0 hour)

7. Elaine Mierzejewski will testify as to her knowledge of the facts and circumstances surrounding A.N.'s removal from the mainstream of the student body. (.5 hours)

THE PLAINTIFF

BY: _____
NORMAN A. PATTIS (ct13120)
649 Amity Road
Bethany, CT 06524
203.393.3017
203.393.9745

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was hand-delivered to Hugh F. Keefe, Esq., 52 Trumbull Street, New Haven, CT 06596 and mailed to John R. Williams, 51 Elm St., New Haven, CT 06510.

NORMAN A. PATTIS