# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

**KEVIN F. ROWE**
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

2005 MAY 20 A 10: 52

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LINDA I. KUNOFSKY**
DEPUTY-IN-CHARGE
HARTFORD

May 9, 2005

~~Norman Pattis~~
~~649 Amity Road~~
~~Bethany, CT 06524~~

John R. Williams
51 Elm Street
New Haven, CT 06510

Re: Case Name: Doe v. East Haven
    Number: 3:02CV780 (CFD)

Dear Attorney Pattis:

As the above matter has been disposed of in this court.

Enclosed are the plaintiff's exhibits.

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
   Devorah Johnson
   Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 5/18/05