**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANE DOE, suing by and on behalf : | |
| of her minor daughter, "A.N."      : | FILE NO. 3:02 CV 00780 (CFD) |
| V.                                 : | |
| EAST HAVEN BOARD OF EDUCATION : | JUNE 2, 2005 |

### NOTICE OF APPEAL

Notice is hereby given that the defendant, East Haven Board of Education, in the above named case appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the District of Connecticut entered in this case on May 9, 2005 granting judgment in favor of the plaintiff in the amount of $100,000.00 following a jury verdict.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Plaintiff:            Jane Doe, suing by and on behalf of her minor daughter, "A.N."

Plaintiff's Counsel:  John R. Williams, Esq.
                      John R. Williams & Associates, LLC
                      51 Elm Street, Suite 409
                      New Haven, CT 06510

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\NOTICE OF APPEAL 5-05.DOC

                                  Mr. Norman Pattis, Esq.
                                  Law Offices of Norman A. Pattis, LLC
                                  649 Amity Road
                                  P.O. Box 280
                                  Bethany, CT 06524

<u>Defendant</u>:                 East Haven Board of Education

<u>Defendant's Counsel</u>:    Hugh F. Keefe, Esq.
                                  Lynch, Traub, Keefe, & Errante
                                  52 Trumbull Street
                                  New Haven, CT 06510

                                  THE DEFENDANT
                                  EAST HAVEN BOARD OF EDUCATION


                    BY:       _____
                                  HUGH F. KEEFE, ESQ.
                                  Lynch, Traub, Keefe & Errante, PC
                                  52 Trumbull Street,
                                  P.O. Box 1612
                                  New Haven, CT 06596
                                  (203) 787-0275
                                  Federal Bar No. CT05106

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\NOTICE OF APPEAL 5-05.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on June 2, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

                                                    _____
                                                              Hugh F. Keefe

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\NOTICE OF APPEAL 5-05.DOC