**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANE DOE, suing by and on behalf : | |
| of her minor daughter, "A.N." : | FILE NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | JUNE 3, 2005 |

**NOTICE OF TRANSCRIPT ORDER**

Pursuant to F.R.A.P. 10(b)(1)(iii), the defendant, East Haven Board of Education, in the above named case hereby gives notice that it has ordered the entire trial transcript for this matter to assist with its appeal to the United States Court of Appeals for the Second Circuit. Confirmation of said order is attached hereto.

        THE DEFENDANT
        EAST HAVEN BOARD OF EDUCATION

BY: _____
      HUGH F. KEEFE, ESQ.
      Lynch, Traub, Keefe & Errante, PC
      52 Trumbull Street,
      P.O. Box 1612
      New Haven, CT 06596
      (203) 787-0275
      Federal Bar No. CT05106

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\NOTICE OF TRANSCRIPT ORDER 5-05.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on June 3, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

 _____
 Hugh F. Keefe

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

C:\DOCUMENTS AND SETTINGS\DPANELA\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK161\NOTICE OF TRANSCRIPT ORDER 5-05.DOC