UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : : : | |
| VS. | : : | NO. 3:02CV780(CFD) |
| EAST HAVEN BOARD OF EDUCATION | : | JUNE 5, 2005 |

**MOTION FOR ATTORNEY FEES**

The plaintiff respectfully moves for an award of attorney fees and expenses pursuant to the affidavits of her attorneys submitted herewith. The experience and background of the two attorneys seeking such fees, John R. Williams and Norman A. Pattis, are well enough known to the court that *curricula vitae* are not submitted herewith. In accordance with the law of this District, said attorneys seek attorney fees computed at the standard lodestar rate of $350 per hour. Connecticut State Dept. Of Social Services v. Thompson, 289 F. Supp. 2d 198 (D. Conn. 2003); Bristol Technology, Inc. v. Microsoft Corp., 127 F. Supp. 2d 64 (D. Conn. 2000).

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Hugh F. Keefe and Nancy Fitzpatrick, 52 Trumbull Street, New Haven, CT 06596.

_____

JOHN R. WILLIAMS