UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : : : | |
| VS. | : : | NO. 3:02CV780(CFD) |
| EAST HAVEN BOARD OF EDUCATION | : | JUNE 5, 2005 |

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR ATTORNEY FEES**

STATE OF CONNECTICUT   )
           )   SS:   New Haven
COUNTY OF NEW HAVEN   )

  JOHN R. WILLIAMS, having been sworn, states:

  1. I am a member of the Bar of this Court, having been admitted on March 11, 1968.

  2. I am personally familiar with the facts hereinafter set forth.

  3. The time personally expended by me, and time expended by Attorney Norman A. Pattis at the time he was my law partner, are hereinafter set forth upon the basis of personal knowledge and office records.

  4. Expenses incurred in the prosecution of this litigation also are set forth hereinafter. These expenses are recorded on checks which I personally signed.

  5. The time and expenses incurred as noted above are as follows:

*T I M E   E X P E N D E D*

May 3, 2002    Meeting with client              1.00 hour

| Date | Description | Time |
|---|---|---|
| May 4, 2002 | Drafting pleadings | 1.50 hours |
| May 9, 2002 | Meeting with client and drafting application for emergency injunction | 1.70 hours |
| May 17, 2002 | (NAP) Hearing in Hartford on same + travel | 4.00 hours |
| May 22, 2002 | Telephone conferences re same | 0.50 hour |
| May 23, 2002 | Telephone conferences re same (incl. with court) | 0.70 hour |
| July 20, 2002 | Preparing brief in opposition to motion for more Definite statement | 2.0 hours |
| Nov. 24, 2003 | Preparing Joint Trial Memorandum | 3.7 hours |
| April 30, 2005 | Meeting with clients and NAP | 3.5 hours |
| May 1, 2005 | Organizing file, preparing for trial, meeting with NAP | 4.0 hours |
| May 2, 2005 | Trial, travel to & from Hartford, meetings with clients | 9.5 hours |
| May 3, 2005 | Trial, travel to & from Hartford, meetings with clients | 9.5 hours |
| May 4, 2005 | Trial, travel to & from Hartford, meetings with clients | 9.0 hours |
| May 5, 2005 | Trial, travel to & from Hartford, meetings with clients | 9.5 hours |
| May 6, 2005 | Jury deliberations, recharge and verdict, travel to & from Hartford, meetings with clients | 9.5 hours |
| June 3, 2005 | Preparing letter to plaintiff's employer regarding absence from work during trial | 0.2 hour |
| June 4, 2005 | Legal research and drafting brief in opposition to post-trial motions | 2.5 hours |
| June 5, 2005 | Drafting brief in opposition to post-trial motions<br>Preparing Attorney Fee Application | 2.0 hours<br>0.5 hour |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TOTAL TIME:   74.8 hours @ $350 = $26,180.00**

## *E X P E N S E S*

| Date | Description | Amount |
|---|---|---|
| May 6, 2002 | Filing Fee, USDC | $150.00 |
| May 20, 2002 | Messenger Service | $ 63.00 |
| May 21, 2002 | Fee for criminal court records | $ 40.00 |
| | Investigator | $ 30.00 |
| May 30, 2002 | Fee for service of process | $ 28.00 |
| June 9, 2002 | Copying fee | $ 53.10 |
| July 3, 2002 | Copying fee | $ 97.03 |
| April 23, 2003 | Court reporter | $350.00 |
| August 26, 2003 | Court reporter | $244.60 |
| December 8, 2003 | Messenger Service | $ 68.00 |

**TOTAL EXPENSES:**      $1,123.73

**TOTAL TIME AND EXPENSES:**      $27,303.73


_____
JOHN R. WILLIAMS

Subscribed and sworn to before me this 5th day of June, 2005.


_____
Notary Public
Commissioner of the Superior Court

3

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Hugh F. Keefe and Nancy Fitzpatrick, 52 Trumbull Street, New Haven, CT 06596.

_____
JOHN R. WILLIAMS