UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE | : | |
| VS. | : | CIVIL NO. 3:02CV00780 (CFD) |
| EAST HAVEN BOARD OF EDUCATION | : | JUNE 5, 2005 |

### AFFIDAVIT OF ATTORNEY NORMAN A. PATTIS

1. I am over the age of eighteen and understand the meaning and obligation of an oath.

2. I was one of the lawyers involved in preparation for trial in the captioned case. I selected the jury, and was prevented from trying the case due to the fact that deliberations in another trial of mine ran long. The defendant in this case objected to any continuance and Attorney Williams, my former partner, stepped in as trial counsel.

3. The following reflect the time I spent preparing for trial and are true copies of contemporaneous time records I kept in my computer. I do not keep manual time records.

| Date | Purpose | Time |
|---|---|---|
| 4.30 | Meet with clients to explain change in counsel | 1.25 hours |
| 5.1 | Meet with Attorney Williams | |

|  | | |
|---|---|---|
|  | and clients to prepare for trial | 4 hours |
| 4.28 | Outline deposition of A.N. | 2.5 hours |
| 4.47 | Outline deposition of Jane Doe | 2 hours |
|  | Jury selection and travel | 5 hours |
|  | Pretrial conference and travel | 2 |
|  | Pretrial conference and travel | 2.5 |
|  | Review file and preparation of final exhibit list | 1.75 |
|  | Review defendant's request to charge | .25 |
|  | Review defendant's pleadings | .25 |
|  | Exhibit list, preparation | 1.25 |
|  | Review defendant's pleadings | .5 |
|  | Discuss trial dates with client | .3 |

_____
NORMAN A. PATTIS

Subscribed to and sworn before me this 6th day of June 2005.

_____
~~NOTARY PUBLIC~~
Commissioner of the Superior Court

## CERTIFICATION

A copy hereof was mailed, via first-class mail, postage prepaid, on this ___ day of June 2005 to Hugh Keefe, 52 Trumbull St., P.O. Box 1612, New Haven, CT 06506.

NORMAN A. PATTIS