# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf : | |
| of her minor daughter, "A.N." : | NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | JULY 22, 2005 |

## DEFENDANT'S OBJECTION TO
## PLAINTIFF'S MOTION FOR ATTORNEY FEES

The defendant, East Haven Board of Education, hereby objects to the plaintiff's Motion for Attorney Fees dated June 5, 2005 on the following grounds:

(1)     On May 9, 2005, this Court entered judgment in favor of the plaintiff in the amount of $100,000.

(2)     Pursuant to F.R.C.P 54(d)(2)(B), a motion for attorneys' fees "must be filed no later than 14 days after entry of judgment;" and "must specify the judgment and the statute, rule, or other grounds entitling the moving party to the award."

(3)     As such, any motion for attorneys' fees in this matter was due on or before May 23, 2005.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2005\OBJECTION TO MOT FOR ATTORNEYS FEES 7-05.DOC

(4)     Fourteen days after this required deadline, the plaintiff filed her motion for attorneys' fees.

(5)     In addition to the untimeliness of the motion, the plaintiff failed to specify the judgment and the statute, rule, or other grounds entitling her to the award.

Due to the plaintiff's complete failure to comply with the requirements of F.R.C.P. Rule 54, this Court should deny the plaintiff's motion for attorneys' fees.

                        THE DEFENDANT
                        EAST HAVEN BOARD OF EDUCATION

                        BY:     _____
                                 HUGH F. KEEFE, ESQ.
                                 Lynch, Traub, Keefe & Errante, PC
                                 52 Trumbull Street,
                                 P.O. Box 1612
                                 New Haven, CT 06596
                                 (203) 787-0275
                                 Federal Bar No. CT05106

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2005\OBJECTION TO MOT FOR ATTORNEYS FEES 7-05.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on June 22, 2005 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

                                                                                                     _____
                                                                                                     Hugh F. Keefe

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2005\OBJECTION TO MOT FOR ATTORNEYS FEES 7-05.DOC