UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." : : : | |
| VS. : | NO. 3:02CV780(CFD) |
| : | |
| EAST HAVEN BOARD OF EDUCATION : | AUGUST 6, 2005 |

**REPLY TO DEFENDANT'S OBJECTION TO MOTION FOR ATTORNEY FEES**

The defendant has objected[1] to the plaintiff's application for an award of attorney fees on the sole ground that it was filed more than 14 days after entry of judgment. The defendant's objection is not well taken because of the continued pendency of the defendant's post-trial motions.[2] The Second Circuit, in common with other circuits, held long ago that the pendency of post-trial motions under Rule 50 or Rule 59 tolls the time within which the plaintiff must file her post-trial motion for attorney fees. Weyant v. Okst, 198 F.3d 311, 314 (2nd Cir. 1999). *Cf., e.g.,* Members First Federal Credit Union v. Members First Credit Union of Florida, 244 F.3d 806, 807 (11th Cir. 2001) (per curiam).

The defendant having advanced no other basis for its objection, the application for an award of attorney fees should be granted in its entirety.

---

[1] The objection is untimely as well, having been filed more than 21 days after the filing of the motion it addresses. Local Civil Rule 7(a)(1).

[2] For the same reason, the defendant's purported appeal in this case has been stayed by the Second Circuit on the ground that it is premature.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Hugh F. Keefe and Nancy Fitzpatrick, 52 Trumbull Street, New Haven, CT 06596.

_____
JOHN R. WILLIAMS