UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JANE DOE, suing by and on behalf : 
of her minor daughter, "A.N." :
:
VS. : NO. 3:02CV780(CFD)
:
EAST HAVEN BOARD OF EDUCATION : JANUARY 21, 2006

## MOTION TO ADJOURN ORAL ARGUMENT

The plaintiff respectfully moves to adjourn to a later date the oral argument which this court has just rescheduled, *sua sponte*, for 2:00 p.m. on February 9, 2006. Undersigned counsel has an irrevocable commitment respecting other litigation pending before another Judge of this Court which had been scheduled, with great difficulty, for that exact date and time and cannot be rescheduled.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: jrw@johnrwilliams.com
Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorneys Hugh F. Keefe and Nancy Fitzpatrick, 52 Trumbull Street, New Haven, CT 06596.

_____
JOHN R. WILLIAMS