◇

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf | : | |
| of her minor daughter, "A.N." | : | NO. 3:02 CV 00780 (CFD) |
| | | |
| V. | : | |
| | | |
| EAST HAVEN BOARD OF EDUCATION | : | MARCH 10, 2006 |

**DEFENDANT'S OBJECTION TO**
**PLAINTIFF'S SUPPLEMENTARY POST-TRIAL MEMORANDUM**

The defendant, East Haven Board of Education, hereby objects to the

consideration of the Plaintiff's Supplementary Post-Trial Memorandum dated February

26, 2006 on the following grounds:

1.      On February 10, 2006, this Court held oral argument on the pending post-

trial motions in this matter.

2.      During the hearing, this Court ordered the parties to file briefs

summarizing the testimony supportive of their arguments on or before February 24,

2006.

3.      The defendant timely complied by filing its brief on February 23, 2006.

4.      However, the plaintiff failed to comply with this Court's deadline and

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO STRIKE PLAINTIFF'S BRIEF 3-06.DOC

filed its brief four days late – namely on February 28, 2006.

5.      As such, the defendant objects to consideration of the plaintiff's untimely brief and requests this Court not to consider the brief when deciding the defendant's Motion to Set Aside and Renewed Motion for Judgment as a Matter of Law.

THE DEFENDANT
EAST HAVEN BOARD OF EDUCATION


BY:     _____
HUGH F. KEEFE, ESQ.
Federal Bar No. CT05106
NANCY FITZPATRICK MYERS, ESQ.
Federal Bar No. CT 24353
Lynch, Traub, Keefe & Errante, PC
52 Trumbull Street, P.O. Box 1612
New Haven, CT 06596
(203) 787-0275

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO STRIKE PLAINTIFF'S BRIEF 3-06.DOC

<u>**CERTIFICATION**</u>

I hereby certify that a copy of the above was sent via U.S. mail on March 10, 2006

to all counsel and pro se parties of record as follows:

John R. Williams, Esq.                    Mr. Norman Pattis, Esq.
John R. Williams & Associates, LLC        Law Offices of Norman A. Pattis, LLC
51 Elm Street                             649 Amity Road, P.O. Box 280
New Haven, CT 06510                       Bethany, CT 06524
Fax: (203) 776-9494                       Fax: (203) 393-9745

_____
Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW

52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612

TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO STRIKE PLAINTIFF'S BRIEF 3-06.DOC