(Rev. 2/93)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

JANE DOE, suing by and on behalf of her minor daughter, A.N.

V.

EAST HAVEN BOARD OF EDUCATION

CASE NUMBER: 302CV00780 CFD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   EAST HAVEN BOARD OF EDUCATION

| | |
|---|---|
| Date | Signature |
| Ct24353 | Nancy Fitzpatrick Myers |
| Federal Bar Number | Print Clearly or Type Name |
| 203-787-0275 | Lynch, Traub, Keefe & Errante |
| Telephone Number | Address |
| | 52 Trumbull Street, P.O. Box 1612 |
| | New Haven, CT 06506-1612 |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

W:\16000-16999\16560 Town of East Haven\030 Jane Doe vs. BOE Title IX\Federal Appearance NAF.doc