## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : <br> : District Court Docket No. 3:02cv780(CFD) |
| V. | : Court of Appeals Docket No. 05-2709-cv |
| EAST HAVEN BOARD OF EDUCATION: | APRIL 5, 2006 |

### **AMENDED NOTICE OF APPEAL**

Notice is hereby given that the defendant, East Haven Board of Education, in the above named case appeals to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the District of Connecticut entered in this case on May 9, 2005 granting judgment in favor of the plaintiff in the amount of $100,000.00 following a jury verdict. The defendant also appeals from the Ruling on Post-Trial Motions entered in this case on March 31, 2006 wherein the district court denied the defendant's Motion to Set Aside Jury Verdict & Judgment and Renewed Motion for Judgment as a Matter of Law and granted the plaintiff's Motion for Attorneys' Fees.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

1
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\032 DOE VS. BOE APPEAL\APPEAL\PLEADINGS\2006\AMENDED NOTICE OF APPEAL 4-06.DOC

| | |
|---|---|
| <u>Plaintiff</u>: | Jane Doe, suing by and on behalf of her minor daughter, "A.N." |
| <u>Plaintiff's Counsel</u>: | John R. Williams, Esq.<br>John R. Williams & Associates, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510<br><br>Mr. Norman Pattis, Esq.<br>Law Offices of Norman A. Pattis, LLC<br>649 Amity Road<br>P.O. Box 280<br>Bethany, CT 06524 |
| <u>Defendant</u>: | East Haven Board of Education |
| <u>Defendant's Counsel</u>: | Hugh F. Keefe, Esq.<br>Lynch, Traub, Keefe, & Errante<br>52 Trumbull Street<br>New Haven, CT 06510 |

        THE DEFENDANT
        EAST HAVEN BOARD OF EDUCATION

        BY: _____
             HUGH F. KEEFE, ESQ.
             Lynch, Traub, Keefe & Errante, PC
             52 Trumbull Street,
             P.O. Box 1612
             New Haven, CT 06596
             (203) 787-0275
             Federal Bar No. CT05106

2
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\032 DOE VS. BOE APPEAL\APPEAL\PLEADINGS\2006\AMENDED NOTICE OF APPEAL 4-06.DOC

## **CERTIFICATION**

I hereby certify that a copy of the above was mailed on April 5, 2006 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510
Federal Bar No. ct00215

Mr. Norman Pattis, Esq.
Law Offices of Norman A. Pattis, LLC
649 Amity Road
P.O. Box 280
Bethany, CT 06524

_____
Hugh F. Keefe

3
LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\032 DOE VS. BOE APPEAL\APPEAL\PLEADINGS\2006\AMENDED NOTICE OF APPEAL 4-06.DOC