UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." : | NO. 3:02 CV 00780 (CFD) |
| V. : | |
| EAST HAVEN BOARD OF EDUCATION : | MAY 26, 2006 |

### DEFENDANT'S MOTION TO CORRECT RECORD ON APPEAL

Pursuant to FRAP Rule 10(e), the defendant, East Haven Board of Education, hereby moves for an order of this Court correcting the record on appeal. Specifically, the defendant seeks an order clarifying that Defendant's Exhibit 25 included seven handwritten notes from students as opposed to one note written from Phylicia Slocum. Rule 10(e) provides that "[i]f any difference arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly."

In the present matter, the defendant introduced and this Court admitted Exhibit 25, which consisted of seven handwritten statements from students. The transcript is clear that Exhibit 25 consisted of the seven statements. See May 5, 2005 Transcript, pp. 15-28 attached hereto as Exhibit A.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO CORRECT RECORD 5-06.DOC

When defense counsel initially introduced the statements, he asked, "... I show you these <u>seven</u> documents, ma'am. Are these the reports pursuant to this protocol of the other girls?" Id. pp. 15-16. (Emphasis added). While marking the exhibit for I.D., the Court asked defense counsel, "Do you want to mark them as a group or individually?" Defense counsel responded they should be marked as a group and this Court responded, "So we'll mark them Exhibit 25 of the defendant." Id. 16-17. Plaintiff's counsel objection to the statements' admission clearly shows that more than one statement was at issue. Specifically, plaintiff's counsel said, "<u>These</u> are out of court statements by other <u>people</u> who are not here as witnesses." Id. at 19. (Emphasis added.). Following Exhibit 25's admission, defense counsel had the witness identify the authors of each statement, who were Phylicia Slocum, Erica Alberino, Greta Bator (two statements), Michelle Giordano, Marisa Orozzo and Meg Brennan. Id. at 27-28.

Following the jury verdict, defense counsel received the defendant's exhibits from the court. At that time, Exhibit 25 only included the handwritten note from Phylicia Slocum despite the fact that seven handwritten notes went to the jury. Defense counsel spoke with the clerk following receipt of the exhibits and she informed counsel that everything counsel was sent is what she received back from the jury. It is unclear

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C. ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO CORRECT RECORD 5-06.DOC

what happened to the remaining six letters from the time the exhibit was submitted to the jury to the time the exhibits were returned to the clerk.

While preparing the record on appeal of this matter, defense counsel alerted plaintiff's counsel of this issue and requested that he agree to submission of the seven statements as Exhibit 25. See May 3, 2006 letter from Nancy F. Myers to John R. Williams attached hereto as Exhibit B. To date, plaintiff's counsel has not agreed to submission of the seven statements. See May 7, 2006 letter from John R. Williams to Nancy F. Myers attached hereto as Exhibit C.

Since the May 5, 2005 transcript clearly demonstrates that Exhibit 25 included the seven student statements rather than the one statement from Phylicia Slocum, the defendant respectfully requests that this Court issue an order correcting the record to reflect such. Attached hereto as Exhibit D is a copy of the complete Exhibit 25.

3

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO CORRECT RECORD 5-06.DOC

THE DEFENDANT
EAST HAVEN BOARD OF EDUCATION


BY: _____
HUGH F. KEEFE, ESQ.
Federal Bar No. CT05106
NANCY FITZPATRICK MYERS, ESQ.
Federal Bar No. CT 24353
Lynch, Traub, Keefe & Errante, PC
52 Trumbull Street, P.O. Box 1612
New Haven, CT 06596
(203) 787-0275


### CERTIFICATION

I hereby certify that a copy of the above was sent via U.S. mail on May 26, 2006 to all counsel and pro se parties of record as follows:

| | |
|---|---|
| John R. Williams, Esq.<br>John R. Williams & Associates, LLC<br>51 Elm Street<br>New Haven, CT 06510<br>Fax: (203) 776-9494 | Mr. Norman Pattis, Esq.<br>Law Offices of Norman A. Pattis, LLC<br>649 Amity Road, P.O. Box 280<br>Bethany, CT 06524<br>Fax: (203) 393-9745 |

_____
Hugh F. Keefe

4

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612  NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275  FACSIMILE (203) 782-0278

W:\16000-16999\16560 TOWN OF EAST HAVEN\030 JANE DOE VS. BOE TITLE IX\PLEADINGS\2006\MOTION TO CORRECT RECORD 5-06.DOC