

?-8-02

Angelicia Slocum

A numorous amount of people came up to me, Erica, megan and Greta also other girls, how Allie was writing mean comments on the desk about each of us. She suposibly called me a "cock sucker", which is not true and other things about them too. Then in lunch Gina Rao went up to megan and yelled at her and said "megan why don't you go fuck more guys". So when megan came up to me and told me this Gina and Allie walked by so I said "Oh she wants to call us DIRTY?" Really loud because I was mad that she said that. I did not say specifically "you're Dirty", like she said I did. So They turned around and came up to me and said "who did you call dirty" and I said "well why did you tell megan to go fuck more guys when you knew it wasn't true?" And then Gina said "who are you talkin to?" I said "whoever said that about her

Gina started yelling and told allie to slap me in the face, so erica said "Gina why don't you mind your business!" They started screaming and swearing at each other erica walked away and was going to guidence when Gina chased her and was ontop of her. we went into guidence everyone yelled and then Allie attacked megan. Now we are in this room.

Maussi
Erica

Gina and Allie walked by and Physica went why are you calling megan dirty, then Allie came up to Physica and said why did u call me dirty, so physic went why are you talking about us, then ~~Maussi~~ Erica said Allie why are u writing that Im a dushbag on the desk when your the dushbag and Allie said I never wrote that and then Gina started yelling & Erica said mind your fucking bussiness Gina, then Megan said to Gina why are u saying I shou go fuck more guys when yo dont know what I do and while this was going on ~~[illegible]~~ Allie and Erica were fighting Erica said Allie get the fuck out of here you stupid bitch. Then Gina goes Allie hit her & Erica went come on Allie hit me, then Erica told Gina to shut the fuck up and, erica walked away

Gina came up to her on top of her saying what are we going to do, and she just walked and said nothing. Then Erica went to guidance and Megan came and they walked out. Next we went to guidence & Allie overheard us talking to mrs Wilk yelling and came out. They argued back and fourth, then Megan went and ~~[illegible]~~ & ran after her.

may 8th

Greta Bator may 4th

I was walking down the hall and lisa perilli says to me oh my God Allie wrote that you and all your friends are dirty, cock suckers, big mouths and all this bull shit so I was pretty ticked off so im walking down the stairs and Erica, megan, Phylicia and all of my friends are standing there and Erica said oh my God you missed it me and allie and, Gina had a fight and I said oh my God and then megan told me she was writing stuff on desks so me Erica megan and Phylicia go to guidance and I heard allie talking to I didnt go to allie I went to ms. Wylinski and said I do not want her to write about me on a desk and Allie

room and says oh will I oh died I and then we all just started yelling at her then & allie attack megan like a savage and starts hitting pe or something. oh I regret not getting in the middle of it. She wrote on a desk about me and I dont want my name on a desk were people can see it and next to my name it says dirty or dick sucker or some thing like that. I do not want Allie in my life and I do not want her to tell people dirty things about me on a desk, and threatning to kill us!!

1

I was at the vending machine w/ Joe Indbate when Allie votaro and gina rao walked by and gina (or allie) goes well theres one of them and I went why are you talking about me when your the ones that tell me and erica Alberino not to talk about you. Then allie walked away and I asked her why and she went I never walk away and I went well your doing it right now. Then Allie & gina went down the

Stairs and I yelled ain why dont you mind you buisness. Then she flipped out saying that I should F**K more peopl and blow some more guys. Then she called me dirty and all ) who's said was. look who's talking. Then Joe went come on meg so I walked away. Then after lunch I was standing at the botom in the perch with Erica, joe, and phyllica

2

[w]alked by and I gues

they heard some 1

call them dirty Jo

they both came back

over to us and started

saying how were sluts

and gina was mainly

fighting w/ erica at

the time, so then allie

said she wanted to

slap ~~allie~~ erica

across the face &

then erica went wel

then gina

then do it. Then al

goes just hit her al.

erica walked away &

and followed her into quicence but gina left and me and Phylica went to go look for erica. we then left and went lookin for them in gym they wernt there out they went so me erica and Phylica then went into the quicence office and I wanted to ask gina why she called me dirty, since she knows nothing

4

[illegible]

JO [illegible] I was yelling I -
304 when I was yelling I
guess at ~~allie~~ gina, allie
came out, saying she
wanted to kill me and
she attacked me. she
tryed to hit me but
ms. mellen and ms.
wolinskie held her back.
she never touched me.
And then I just left
the room. But before
all of this it was said
that there was writting
about me, gneta, Phyllica,
sam fesnetie, and lisa,
and michele perrellie
on a desk and that two
[illegible] class that allie in

Greta Bator May 9th

I was ~~[illegible]~~ standing getting lunch and allie walked by I looked at her, said nothing, didnt even give her a dirty look I just turned my head away and she said im going to knock your fucking teeth out! I still kept my mouth shut and kept walking.

G.Bator :)

also I do not feel safe with her in school! I think she will attack me like she did with megan, yesterday on may 8th! If I look at her I think she really will attack me!

G.Bator :)

"Yesterday 5/13/05"

I was talking to Kristi Argentino about what happened at my boyfriend's house.. Before school. I told her that we had sex and a couple of details. She said something about being crazy. And I said well I'm not gonna lie about it. I didn't make any comments towards anybody else I was talking directly to Kristi. I don't know what Allie looks like a I don't who who she is

[signature] 5/14/05

EM + Louise present

Before school on Ma

Michelle Giordano asked me if That was Anthony Natard's sister and I said yes.

Michelle did not make any comment towards Allie or Gina.

- Marissa Oronzo 5/14/02

Mr. Wilcox walked in / asked Marissa if I allowed her to make the statement without pressure - she said yes