UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE DOE, suing by and on behalf of her minor daughter, "A.N." | : | CV NO. 3:02cv00780(CFD) |
| | : | USCA NO. 05-2709-cv |
| vs. | : | |
| EAST HAVEN BOARD OF EDUCATION | : | JULY 26, 2006 |

## REVISED INDEX TO THE RECORD ON APPEAL

| | Document No. | No. of Pages |
|---|---|---|
| Certified copy of docket sheet | | 12 |
| Complaint | 1 | 4 |
| Ex Parte Motion for Emergency Injunction | 6 | 2 |
| Stipulation Respecting Plaintiff's Motion for Temporary Injunction | 13 | 5 |
| Answer and Affirmative Defenses | 18 | 4 |
| Plaintiff's Submission of Trial Memorandum | 26 | 15 |
| Joint Trial Memo | 33 | 49 |
| Proposed Jury Instructions | 67 | 22 |
| Proposed Verdict Form | 68 | 1 |
| Verdict Form | 75 | 1 |
| Judgment dated May 9, 2005 | 76 | 1 |
| Defendant's Renewed Motion for Judgment as a Matter of Law | 78 | 2 |
| Defendant's Motion to Set Aside Jury Verdict & Judgment | 80 | 2 |
| Notice of Appeal dated June 2, 2005 | 85 | 3 |
| Ruling on Post-Trial Motions | 102 | 21 |

| | | |
|---|---|---|
| Transcript of 5/2/05 Proceedings | 103 | 244 |
| Transcript of 5/3/05 Proceedings | 104 | 224 |
| Transcript of 5/4/05 Proceedings | 105 | 204 |
| Transcript of 5/5/05 Proceedings | 106 | 135 |
| Transcript of 5/6/06 Proceedings | 107 | 10 |
| Amended Notice of Appeal | 108 | 3 |
| Defendant's Exhibit 1 (Handwritten note dated 3/26 from Alicia Melillo) | | 1 |
| Defendant's Exhibit 2 (Handwritten note dated 3/27 from Alicia Melillo) | | 1 |
| Defendant's Exhibit 3 (Handwritten note dated 4/12/02 from A. Melillo) | | 1 |
| Defendant's Exhibit 4 (East Haven High School Grade Report from 4/8/02 to 6/20/02) | | 1 |
| Defendant's Exhibit 5 (East Haven High School Grade Reports for the following school years: 01-02; 02-03; and 03-04) | | 1 |
| Defendant's Exhibit 7 (Memo from Elaine Mierzejewski dated May 10, 2002) | | 1 |
| Defendant's Exhibit 16 (Case/Incident Report dated 5/2/02) | | 1 |
| Defendant's Exhibit 19 (East Haven Public Schools Parent Conference dated May 15, 2002) | | 1 |
| Defendant's Exhibit 20 (Student Contact Notes regarding A.N. from 11/1/01 through 6/13/02) | | 10 |
| Defendant's Exhibit 23 (Handwritten note from A.N. dated 5/9/02) | | 1 |
| Defendant's Exhibit 24 (Handwritten note from A.N. dated 4/13/02) | | 1 |

| | |
|---|---|
| Defendant's Exhibit 25 (Seven handwritten notes from fellow students)[1] | 14 |
| Plaintiff's Exhibit 1 (Discipline Policy Grades 7-12 East Haven Board of Education) | 4 |
| Plaintiff's Exhibit 2 (May 6, 2002 letter from Maxine Wilensky to Martin DeFelice) | 2 |
| Plaintiff's Exhibit 3 (May 6, 2002 Motion to Modify Conditions of Bail in Jonathan Toro's criminal case) | 1 |
| Plaintiff's Exhibit 4 (May 9, 2002 Order signed by J. Fasano in criminal case) | 1 |
| Plaintiff's Exhibit 5 (May 9, 2002 letter from Maxine Wilensky to Martin DeFelice) | 1 |
| Plaintiff's Exhibit 7 (Memo to Dr. Jay Smith from Richard Parillo dated 3/28/02) | 1 |
| Plaintiff's Exhibit 9 (Handwritten notes regarding A.N. from 3/25/02 to 4/4/02) | 1 |
| Plaintiff's Exhibit 10 (Handwritten notes regarding A.N. from 4/8/02 to 5/1/02) | 1 |
| Plaintiff's Exhibit 11 (Handwritten notes regarding A.N. from 5/6/02 to 5/8/02 | 1 |
| Plaintiff's Exhibit 12 (Handwritten notes regarding A.N. from 5/8/02 to 5/9/02) | 1 |
| Plaintiff's Exhibit 13 (Handwritten note from A.N. dated 5/8/02) | 1 |

Clerk's Certificate

---

[1] The Defendant's initial Index on Appeal represented that Exhibit 25 consisted of one handwritten note from Phylicia Slocum because there was an issue regarding whether seven notes or one note went to the jury. On July 13, 2006, this Court granted the Defendant's Motion to Correct the Record on Appeal pursuant to FRAP Rule 10(e), which corrects the record to reflect that Exhibit 25 consisted of the seven notes rather than solely Ms. Slocum's note.

THE DEFENDANT-APPELLANT
EAST HAVEN BOARD OF EDUCATION

BY: _____
HUGH F. KEEFE, ESQ.
NANCY FITZPATRICK MYERS, ESQ.
Lynch, Traub, Keefe & Errante, PC
52 Trumbull Street,
P.O. Box 1612
New Haven, CT 06596
(203) 787-0275

**CERTIFICATION**

I hereby certify that a copy of the above was mailed on July 26, 2006 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm Street
New Haven, CT 06510

_____
Nancy F. Myers

4