**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

September 11, 2006

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY 10007

Case No: 3:02cv780 (CFD)
Case Name: Doe v. East haven Bd of Ed
USCA: 05-2709

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case of non-efile document.

Respectfully,

Kevin F. Rowe, Clerk

By: Barbara Grady
Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____ DATE: _____